**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ALISON FRIEND,

      Plaintiff,                                    Case No.: 1:26-cv-05581

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|-----|------------|
| 1 | GOOD PAPA |
| 2 | 厦门采升莞牧百货有限公司 |
| 3 | xltttzz |
| 4 | Something Blue & Something Green |
| 5 | MEILIQIDIANA |
| 6 | dingnanchangjingpin |
| 7 | GuangZhouKaiXianShangMaoYouXianGongSi |
| 8 | Tmsale |
| 9 | Sparkle Meow |
| 10 | FashionCenterH |
| 11 | DailyTees |
| 12 | HBF design |
| 13 | KUKE Custom |
| 14 | A Dian Dian |
| 15 | humords.com |
| 16 | hersmiles.co |
| 17 | varohomme.com |
| 18 | tokyover.com |
| 19 | shawncraft.com |
| 20 | kubaola.com |
| 21 | mellowoutfit.com |
| 22 | aomiss.com |
| 23 | print-cool.com |
| 24 | sukissy.com |
| 25 | lorrence.com |

1

2

| 26 | newevers.com |
|----|--------------|
| 27 | charmfay.com |
| 28 | favomens.com |
| 29 | lacemylife.com |
| 30 | deeove.com |
| 31 | luxuristore.com |
| 32 | ZESHAO168 |
| 33 | SeeDeco Minimal |
| 34 | SwagNo |