**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Alison Friend

                                            Plaintiff,

v.                                                              Case No.:
                                                                1:26−cv−05581
                                                                Honorable Charles
                                                                P. Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 29, 2026:

        MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's Motion for
Preliminary Injunction [28] is taken under advisement and the presentment hearing
noticed for 6/2/2026 is stricken. Any opposition to Plaintiff's Motion for Preliminary
Injunction [28] must be submitted by 6/4/2026. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.