**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ALISON FRIEND,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-05581

Judge Charles P. Kocoras

Magistrate Judge Beth W. Jantz

**[AGREED] JOINT MOTION TO MODIFY ASSET RESTRAINT**

Plaintiff, ALISON FRIEND ("Plaintiff") and Defendants Nos. 28 favomens.com and 29 lacemylife.com, hereby submit the following Agreed Joint Motion to Modify Asset Restraint solely as it relates to Defendants and, in support, state as follows:

**OVERVIEW**

1.    On May 14, 2026, Plaintiff filed the complaint against certain individuals and entities, alleging, *inter alia*, copyright infringement. Doc. 1.

2.    On May 14, 2026, Plaintiff filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery, and Service of Process by E-Mail and/or Electronic Publication ("*Ex Parte* Motion"). Doc. 13.

3.    On May 15, 2026, the Court granted Plaintiff's *Ex Parte Motion* and entered a Sealed Temporary Restraining Order granting the relief requested in Plaintiff's *Ex Parte Motion*. Docs. 17, 18.

4.    On May 28, 2026, Plaintiff filed a Motion for Preliminary Injunction. Doc. 28. Plaintiff's Motion for Preliminary Injunction requests, *inter alia*, "conversion of the

1

TRO to a preliminary injunction so that Defendants' accounts in U.S.-based financial institutions remain frozen." Doc. 29 at pg. 4.

5. The undersigned counsel filed a Notice for Appearance for Defendants on May 29, 2026. Doc. 33. Counsel for Defendants has been in contact with Plaintiff's Counsel for the purpose of settlement. Specifically, the parties have come to terms regarding modifying the asset restraint put in in place by the Temporary Restraining Order. The parties have agreed to a modification of the asset restraint as follows:

28 favomens.com – Asset Restraint reduced to $10,000.

29 lacemylife.com – Asset Restraint reduced to $10,000

6. To the extent the parties are unable to reach a full and final settlement, Defendants oppose Plaintiff's motion for a preliminary injunction.

7. By mutual agreement, Defendants Nos. 28 favomens.com and 29 lacemylife.com agree to be bound by all terms of the Temporary Restraining Order [18] entered by the Court on May 15, 2026, including all injunctive provisions thereof, for the pendency of this litigation or until further order of the Court.

WHEREFORE, For the reasons set forth here, Plaintiff and Defendant Nos. 28 and 29, jointly, request that the Court enter an Order modifying the asset restraint imposed by the Temporary Restraining Order and any Preliminary Injunction Order to the amount set forth above, based upon the agreement entered by the parties.

DATED: June 2, 2026        Respectfully submitted,


/s/ Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com
*Attorney for Plaintiff*

*/s/ Michael T. Griggs*
Michael T. Griggs (Bar No. 6280132)
Boyle Fredrickson
840 N. Plankinton Ave.,
Milwaukee, Wisconsin 53203
Telephone: 414-225-6311
E-mail: mtg@boylefred.com
*Attorney for Defendant Nos. 28 and 29*

3