**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ALISON FRIEND,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-05581

Judge Charles P. Kocoras

Magistrate Judge Beth W. Jantz

**[AGREED] ASSET RESTRAINT ORDER FOR**
**DEFENDANT NOS. 28 FAVOMENS.COM AND 29 LACEMYLIFE.COM**

On May 14, 2026, this Court entered a Temporary Restraining Order [18] ("TRO") against the Defendants identified on Schedule A, including Defendant Nos. 28 favomens.com and 29 lacemylife.com ("Defendant"). The TRO entered by the Court includes, among other things, provisions to restrain funds in Defendant's financial account held by PayPal, Inc. ("PayPal").

IT IS HEREBY ORDERED that PayPal shall continue to restrain TEN THOUSAND DOLLARS ($10,000.00) of funds in each Defendant's PayPal account until final disposition of this case.

IT IS FURTHER ORDERED that the Temporary Restraining Order [18] and any Preliminary Injunction Order shall remain in place through the pendency of this litigation against each Defendant.

IT IS FURTHER ORDERED that, by mutual agreement of the parties, Defendants Nos. 28 favomens.com and 29 lacemylife.com are bound by all injunctive provisions of the Temporary Restraining Order [18] entered May 15, 2026, for the pendency of this litigation or until further order of the Court

1

Upon service of a copy of this Order, PayPal shall immediately lift any monetary restraints related to this Lawsuit on the following Defendant's PayPal account, except for the $10,000.00 restraint of funds.

Specifically, PayPal will adjust the restraint currently on the Defendant's financial account to the following:

| Defendant No. | Seller ID | Restrained Amount |
|---|---|---|
| 28 | favomens.com | $10,000 |
| 29 | lacemylife.com | $10,000 |

Defendants shall not use the $10,000.00 restraint of funds to pay for any incurred charges or expenses. Plaintiff's counsel shall serve a copy of this Order on PayPal within three (3) business day of its entry by the Court.

IT IS SO ORDERED.

Date:  June 3, 2026

_____
Honorable Charles P. Kocoras
United States District Judge

2