**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ALISON FRIEND,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-05581

Judge Charles P. Kocoras

Magistrate Judge Beth W. Jantz

**JOINT MOTION FOR EXTENTSION OF TIME FOR DEFENDANTS 28 AND 29**
**TO RESOPND TO THE MOTION FOR A PRELIMINARY INJUNCTION**

Defendants Nos. 28 favomens.com and 29 lacemylife.com ("Defendants 28 and 29") and Plaintiff, ALISON FRIEND ("Plaintiff") jointly move for a 21-day extension for Defendants 28 and 29 to respond to the pending motion for preliminary injunction (Doc. 28), which would make the new deadline June 25, 2026. In support, the parties state as follows:

**OVERVIEW**

1.    On May 14, 2026, Plaintiff filed the complaint against certain individuals and entities, alleging, *inter alia*, copyright infringement. Doc. 1.

2.    On May 14, 2026, Plaintiff filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery, and Service of Process by E-Mail and/or Electronic Publication ("*Ex Parte* Motion"). Doc. 13.

3.    On May 15, 2026, the Court granted Plaintiff's *Ex Parte Motion* and entered a Sealed Temporary Restraining Order granting the relief requested in Plaintiff's *Ex Parte Motion*. Docs. 17, 18.

1

4.  On May 28, 2026, Plaintiff filed a Motion for Preliminary Injunction. Doc. 28. Plaintiff's Motion for Preliminary Injunction requests, *inter alia*, "conversion of the TRO to a preliminary injunction so that Defendants' accounts in U.S.-based financial institutions remain frozen." Doc. 29 at pg. 4. The Court set June 4, 2026 as the deadline for any party to respond to the motion.

5.  The undersigned counsel filed a Notice for Appearance for Defendants on May 29, 2026. Doc. 33.

6.  The parties have engaged in good faith settlement negotiations since Defendants' appearance in the case. Both parties would like to focus their efforts on settlement rather than motion practice and believe a resolution can be reached. Accordingly, the moving parties believe a 21-day extension of the deadline for Defendants 28 and 29 is warranted so the parties can focus their efforts on settlement.

WHEREFORE, For the reasons set forth herein, Defendants 28 and 29 and Plaintiff jointly request that the Court extend the deadline for Defendants 28 and 29 to respond to the motion for a preliminary injunction until June 25, 2026.

DATED: June 3, 2026                Respectfully submitted,


                                   */s/ Michael T. Griggs*
                                   Michael T. Griggs (Bar No. 6280132)
                                   Boyle Fredrickson
                                   840 N. Plankinton Ave.,
                                   Milwaukee, Wisconsin 53203
                                   Telephone: 414-225-6311
                                   E-mail: mtg@boylefred.com
                                   *Attorney for Defendant Nos. 28 and 29*

                                   /s/ Keith A. Vogt
                                   FL Bar No. 1036084/IL Bar No. 6207971
                                   Keith A. Vogt PLLC
                                   1820 NE 163rd Street, Suite #306

North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com
*Attorney for Plaintiff*