## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ALISON FRIEND,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-05581

Judge Charles P. Kocoras

Magistrate Judge Beth W. Jantz

## NOTICE OF MOTION

Defendants Nos. 28 favomens.com and 29 lacemylife.com ("Defendants 28 and 29") and

provides notice that on Tuesday,, June 9, 2026 at 9:45 a.m., Defendant, through its counsel, shall

appear via remote means before the Honorable Judge Charles P. Kocoras and present their Joint

Motion for an Extension of Time (Doc. 38).

DATED: June 3, 2026        Respectfully submitted,

        */s/ Michael T. Griggs*
        Michael T. Griggs (Bar No. 6280132)
        Boyle Fredrickson
        840 N. Plankinton Ave.,
        Milwaukee, Wisconsin 53203
        Telephone: 414-225-6311
        E-mail: mtg@boylefred.com
        *Attorney for Defendant Nos. 28 and 29*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2026, I electronically filed the above documents with the Clerk of

Court using CM/ECF which will send electronic notification of such filing to all registered counsel.


Dated:  June 3, 2026                         s/Michael T. Griggs
                                             Michael T. Griggs