**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Alison Friend, | |
| *Plaintiff*, | Case No.: 26-cv-05581 |
| v. | **Judge Charles P. Kocoras** |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | **Magistrate Judge Beth W. Jantz** |
| *Defendants*. | |

### DEFENDANT NO. 22 AOMISS.COM'S MOTION FOR LEAVE TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION OUT OF TIME

Defendant No. 22 aomiss.com ("Defendant 22"), by and through undersigned counsel, respectfully moves for leave to file its opposition to Plaintiff's pending Motion for Preliminary Injunction (Doc. 28) out of time, on or before June 17, 2026. In support, Defendant 22 states as follows:

1.      On May 14, 2026, Plaintiff Alison Friend ("Plaintiff") filed the Complaint against certain individuals and entities, alleging, inter alia, copyright infringement. Doc. 1.

2.      On May 14, 2026, Plaintiff filed an Ex Parte Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery, and Service of Process by E-Mail and/or Electronic Publication ("Ex Parte Motion"). Doc. 13.

3.      On May 15, 2026, the Court granted Plaintiff's Ex Parte Motion and entered a Sealed Temporary Restraining Order granting the relief requested in Plaintiff's Ex Parte Motion. Docs.

1

17, 18.

4.     On May 28, 2026, Plaintiff filed a Motion for Preliminary Injunction. Doc. 28. Plaintiff's Motion for Preliminary Injunction requests, inter alia, "conversion of the TRO to a preliminary injunction so that Defendants' accounts in U.S.-based financial institutions remain frozen." Doc. 29 at 4. The Court set June 4, 2026 as the deadline for any party to respond to the motion.

5.     Defendant 22 retained The Law Office of X. Lyu, PLLC on June 9, 2026. On June 10, 2026, attorneys Xintong Lyu and Jian Wang filed Notices of Appearance on behalf of Defendant 22. Docs. 42, 43.

6.     Because Defendant 22 retained counsel only after the original response deadline had passed, Defendant 22 requires additional time to review the pleadings, sealed filings, Plaintiff's preliminary injunction papers, and any other materials specifically concerning Defendant 22.

WHEREFORE, for the reasons set forth herein, Defendant No. 22 aomiss.com respectfully requests that the Court grant Defendant 22 leave to file its opposition to Plaintiff's Motion for Preliminary Injunction out of time, on or before June 17, 2026, and grant such other and further relief as the Court deems just and proper.

Dated:    June 10, 2026.

**THE LAW OFFICE OF X. LYU, PLLC**

By: */s/   Xintong Lyu*
Xintong Lyu, NYSBA No. 6253975
36-36 Prince St., Ste 309A
Flushing, New York 11354
(212) 812-8253
catherine.lyu@lyulawpllc.com

2

3

Jian Wang, NYSBA No. 6315865
36-36 Prince St., Ste 309A
Flushing, New York 11354
Phone: (212) 812-8253
Email: jwang@lyulawpllc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2026, the foregoing document was filed electronically with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the Court's Electronic Case Filing System, which will send notification to all attorneys of record in this case.

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

By: */s/   Xintong Lyu*
Xintong Lyu

4