**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Alison Friend,<br><br>*Plaintiff*,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A,<br><br>*Defendants*. | Case No.: 26-cv-05581<br><br>**Judge Charles P. Kocoras**<br><br>**Magistrate Judge Beth W. Jantz** |

## NOTICE OF MOTION

Defendant No. 22 aomiss.com ("Defendant 22") hereby provides notice that on Tuesday, June 16, 2026, at 9:50 a.m., Defendant 22, through its counsel, shall appear before the Honorable Charles P. Kocoras and present Defendant No. 22 aomiss.com's Motion for Leave to File Opposition to Plaintiff's Motion for Preliminary Injunction Out of Time.

Dated:    June 10, 2026.

THE LAW OFFICE OF X. LYU, PLLC

By: */s/   Xintong Lyu*
    Xintong Lyu, NYSBA No. 6253975
    36-36 Prince St., Ste 309A
    Flushing, New York 11354
    (212) 812-8253
    catherine.lyu@lyulawpllc.com

1

2

Jian Wang, NYSBA No. 6315865
36-36 Prince St., Ste 309A
Flushing, New York 11354
Phone: (212) 812-8253
Email: jwang@lyulawpllc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2026, the foregoing document was filed electronically with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the Court's Electronic Case Filing System, which will send notification to all attorneys of record in this case.

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

By: */s/   Xintong Lyu*
       Xintong Lyu