# Exhibit 2



apac-services <apac-services@paypal.com>　　6月4日 13:55

收件人：Geekimtech ✓



尊敬的新宇 邹：

在上周的电话中了解到您的账户遇到了限制问题，我已经为您反馈从相关部门专员一一查看，并得知结果。

通过专员查看账户情况，您的账户中遇到的问题**并非在PayPal中，而是因为一个需要解决案件。**

如果您有任何疑问，请通过**以下方式联系原告律师。**

Law Firm: Keith A Vogt

Law Firm Contact Information: **attorney@vogtip.com**

Case Number: **26CV05581**

**PayPal**作为金融服务平台**无法做其他干预**，请您**联系原告律师**进行解决。

待您处理好此情况，PayPal**收到指令**后，账户限制将会移除。

此致，

PayPal全球客户服务部

版权所有 © 2026 PayPal。保留所有权利。
消费者提示——PayPal Pte. Ltd.系PayPal储值工具的持有者，不需要经过新加坡金融管理局的批准。建议用户在使用前先仔细阅读条款和条件。