**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

---

**Alison Friend,**

              Plaintiff,

        v.

**The Partnerships and**
**Unincorporated Association Identified on**
**Schedule "A"**

              Defendants.

Case No. 1:26-cv-05581

---

**NOTICE OF MOTION TO DISMISS**

---

Defendant Magic Matrix Technology, Co. LTD ("Magic Matrix" or "Defendant"), on behalf of Defendants 28 and 29 with the aliases "favomens.com," and "lacemylife.com," provides notice that on June 30, 2026, at 9:50 a.m., Defendant, through its counsel, shall appear before the Honorable Charles P. Kocoras, at the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, IL, and present:

*DEFENDANT'S MOTION TO DISMISS*.

Dated:  June 22, 2026

s/Michael T. Griggs

Michael T. Griggs
BOYLE FREDRICKSON, S.C.
840 N. Plankinton Ave.
Milwaukee, WI  53203
Telephone:  414-225-9755
Facsimile:  414-225-9753
***Attorneys for Defendants 28 and 29***