**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ALISON FRIEND,** | **Civil Action No. 1:26-cv-05581** |
| Plaintiff, | **Hon. Charles P. Kocoras** |
| v. | |
| **THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,** | |
| Defendant. | |

**UNOPPOSED MOTION FOR A FIRST EXTENSION OF TIME FOR
DEFENDANT NO. 1 GOOD PAPA TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant No. 1 GOOD PAPA ("Defendant") files this unopposed motion requesting a first extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint. In support of this motion, Defendant contends there is good cause for the extension and states as follows:

1. Plaintiff Alison Friend ("Plaintiff") commenced this action for copyright infringement on May 14, 2026. (Dkt. No. 1).

2. Plaintiff contends that Defendant was served the summons and Complaint on May 28, 2026. (Dkt. No. 31) Based on that date, Defendant's response was due on June 18, 2026. (*Id.*). Plaintiff responded that it does not oppose a 21-day extension of time to July 9, 2026.

3. There is excusable neglect in the Defendant's delay in filing a motion for this extension. Defendant was diligent in requesting the extension, following up with Plaintiff on its request, and filing the motion for the extension after a response was received from Plaintiff.

4. Defendant respectfully requests an extension of time to answer or otherwise respond to Plaintiff's Complaint to and including July 9, 2026. Defendant requests the extension

1

to allow additional time to investigate the allegations of copyright infringement in the Complaint and to communicate with its client that is located in Asia.

Defendant No. 1 GOOD PAPA therefore respectfully requests that the Court extend the time for GOOD PAPA to answer Plaintiff's Complaint through and including July 9, 2026.

Dated: June 22, 2026

Respectfully submitted,

*/s/ Steven G. Kalberg*
David R. Bennett
Steven G. Kalberg
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail: dbennett@directionip.com
e-mail: skalberg@directionip.com

*Counsel for Defendant No. 1*
*GOOD PAPA*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026, I caused a true and correct copy of the foregoing pleading to be filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all attorneys of record who have consented to such notifications.

*/s/ Steven G. Kalberg*
Steven G. Kalberg