**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ALISON FRIEND,** | **Civil Action No. 1:26-cv-05581** |
| Plaintiff, | **Hon. Charles P. Kocoras** |
| v. | |
| **THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,** | |
| Defendant. | |

**NOTICE OF MOTION**

Defendant No. 1 GOOD PAPA ("Defendant") hereby provides notice that on June 30, 2026, at 9:50 a.m., Defendant, through its counsel, shall appear before the Honorable Charles P. Kocoras, or any judge sitting in his stead, at the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, IL, and present:

> *Unopposed Motion for a First Extension of Time for Defendant No. 1 GOOD PAPA to Answer or Otherwise Respond to Plaintiff's Complaint (Dkt. No. 60).*

June 22, 2026

Respectfully Submitted,

 */s/ Steven G. Kalberg*
Steven G. Kalberg
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
skalberg@directionip.com

*Counsel for Defendant No. 1 GOOD PAPA*

1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 22, 2026, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Steven G. Kalberg*
Steven G. Kalberg

2