IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALISON FIREND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:26-cv-05581 |
| | ) |
| THE PARTNERSHIPS and | ) Judge Charles P. Kocoras |
| UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE "A", | ) Magistrate Judge Beth W. Jantz |
| | ) |
| Defendants, | ) |
| | ) |

## DECLARATION OF TANG JING

I, Tang Jing (唐静) based on my own personal knowledge and belief, do hereby declare:

1.  I am the CEO of Magic Matrix Technology, Co. LTD ("Magic Matrix"), identified as Defendant 28 (alias "favomens.com") and Defendant 29 (alias "lacemylife.com") on Schedule A.

2.  Magic Matrix is located in China and has no residence or place of business in Illinois.

3.  Magic Matrix sells clothing and related accessories through the websites identified above, as well as through additional websites. In total, Magic Matrix sells more than 10,000 different products.

4.  Magic Matrix utilizes a PayPal account to process customer transactions. When a customer purchases a product, the funds from the purchase are transferred into Magic Matrix's PayPal Account. The total funds within the PayPal Account are attributable to many products sold by Magic Matrix across many online platforms.

1

5. Plaintiff Alison Friend. ("Friend") alleges that two different shirt designs (the "Accused Shirts") sold by Magic Matrix infringe Friend's copyrights. Examples of the Accused Shirts are shown below.

 

6. Upon becoming aware of this lawsuit, which occurred when Magic Matrix's PayPal account was frozen, Magic Matrix immediately stopped offering the Accused Shirts for sale.

7. Magic Matrix sold a total of three (3) Accused Shirts generating total revenue of less than *$100.00*. Exhibit A provides a summary of Magic Matrix's sales of the Accused Shirts.

8. Friend filed a motion for an *ex parte* Temporary Restraining Order ("TRO") based on Magic Matrix sales of the Accused Shirts, which has been issued by this Court. While Magic Matrix does not have access to the TRO, Magic Matrix believes that the TRO ordered that Magic

2

Matrix's PayPal Account be frozen, rendering Magic Matrix unable to access the entirety of the funds within its PayPal Account.

9. As of today, at least $20,000 is frozen in Magic Matrix's PayPal Account. Because Magic Matrix has generated less than $100 in revenue from sales of the Accused Shirts, substantially all of the frozen balance in the PayPal Account is attributable to sales of unrelated products.

10. Magic Matrix is being harmed because it is unable to access substantial funds generated from the sale of products that are not at issue in this lawsuit. Magic Matrix relies upon these funds for its daily business operations. For example, Magic Matrix cannot access the funds to process refunds for product returns that are unrelated to the products in this case.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct.

Date: June 25, 2026          By: _____

Tang Jing (唐静)

3