| Picture | Item Spu | Sales Volumes | Order Amount | Screen Shot |
|---|---|---|---|---|
| | 223-250221-a27 | 1 | 24.99 | |
| | 103-250225-23 | 2 | 70.2825 | |
| total | | **3** | **95.2725** | |

**Ex. A**