# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title:

    Alison Friend v. The Partnerships and Unincorporated Associations Identified on Schedule "A"

Case Number:    26-cv-05581

An appearance is hereby filed by the undersigned as attorney for:

    sukissy com; lorrence.com; newevers.com; charmfay.com; and deeove.com

Attorney name (type or print):

    Zhuo (Rachel) Zhou

Firm:    Amundsen Davis, LLC

Street address:    150 N. Michigan Avenue, Suite 3300,

City/State/Zip:    Chicago, IL 60601

Bar ID Number:    6344383
(See item 3 in instructions)

Telephone Number:    312-894-3200

Email Address: rzhou@amundsendavislaw.com

| | | | |
|---|---|---|---|
| Are you acting as lead counsel in this case? | [X] Yes | [ ] No |
| Are you a member of the court's general bar? | [X] Yes | [ ] No |
| Are you a member of the court's trial bar? | [ ] Yes | [X] No |
| Are you appearing *pro hac vice*? | [ ] Yes | [X] No |
| If this case reaches trial, will you act as the trial attorney? | [ ] Yes | [X] No |

If this is a criminal case, check your status.    [ ] Retained Counsel

    [ ] Appointed Counsel
If appointed counsel, are you a

    [ ] Federal Defender

    [ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on    June 29, 2026

Attorney signature:    S/    Zhuo (Rachel) Zhou
    (Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023