**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Alison Friend, | ) | |
| | ) | |
| Plaintiff | ) | Case No.  26-cv-5581 |
| v. | ) | |
| | ) | |
| THE PARTNERSHIPS AND UNINCORPORATED | ) | Honorable Charles P. Kocoras |
| ASSOCIATIONS d/b/a THE DOMAIN NAMES | ) | |
| IDENTIFIED ON SCHEDULE "A", | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Now come Defendants, sukissy.com(#24), lorrence.com(#25), newevers.com(#26), charmfay.com(#27), and deeove.com(#30) ("Defendants"), by and through their undersigned counsel, and respectfully move this Court for an extension of time to file a responsive pleading to Plaintiff's Complaint. In support thereof, Defendants state as follows:

1. Plaintiff filed a Complaint on May 14, 2026, against Defendants alleging copyright infringement. [Dkt. #1].

2. Defendants were served on May 28, 2026. [Dkt. #31].

3. The undersigned counsel was recently retained to represent Defendants in this matter.

4. The undersigned counsel requires additional time to review the pleadings, investigate the allegations, communicate with Defendants, evaluate potential defenses and claims, and prepare an appropriate response.

5. Defendants' request is made in good faith and is not intended for purposes of delay.

6.  Plaintiff will not suffer any prejudice from the requested extension and agrees to Defendants' extension request, as confirmed via email.

7.  Defendants intend to actively participate in this litigation and present their defenses on the merits. Federal courts favor resolving disputes on the merits. Granting Defendants additional time will promote the interests of justice and judicial efficiency.

WHEREFORE, Defendants respectfully request that this Court grant Defendants an extension of time of thirty (30) days, or until July 29, 2026, to file an answer or other pleading to Plaintiff's Complaint, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Zhuo(Rachel)Zhou
Attorney for sukissy.com(#24), lorrence.com(#25), newevers.com(#26), charmfay.com(#27), and deeove.com(#30)

Zhuo(Rachel) Zhou #6344383
Amundsen Davis, LLC
150 N. Michigan Avenue
Suite 3300
Chicago, IL 60601
rzhou@amundsendavislaw.com