# EXHIBIT 1

5227930272759736227

## USER INFO

| | First Name: | Middle Name: | | Last Name: | SSN: | TIN: | DOB: | Credit Card Statement Name: | Email: | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 新宇 | | | 邹 | | | REDACTED | JIJINTECHNO | payment@geekimtech.com | |

## BUSINESS INFO

| | Name: | URL: | | Customer Service Phone: |
|---|---|---|---|---|
| | 深圳市极尽科技有限公司 | | | +86 18926794545 |

## ACCOUNT INFO

| | Account Status: | Account #: | | Account Type: | Time Created: |
|---|---|---|---|---|---|
| | OPEN | '5227930272759736227 | | BUSINESS | Apr 29 2022 16:19:59 GMT+08:00 |

## FINANCIALS

| | Account Balance: | Total Amount Sent(USD Equiv): |
|---|---|---|
| | $0.00 AUD | $0.00 AUD |
| | $0.00 CAD | $0.00 CAD |
| | CHF 0.00 | CHF 0.00 |
| | Kč0.00 CZK | Kč0.00 CZK |
| | kr.0.00 DKK | kr.0.00 DKK |
| | €0.00 EUR | €0.00 EUR |
| | £0.00 GBP | £0.00 GBP |
| | Ft0.00 HUF | Ft0.00 HUF |
| | ¥ 0 JPY | ¥ 0 JPY |
| | kr0.00 NOK | kr0.00 NOK |
| | $0.00 NZD | $0.00 NZD |
| | zł0.00 PLN | zł0.00 PLN |
| | kr0.00 SEK | kr0.00 SEK |
| | US$17625.67 USD | US$15.19 USD |

## E-MAIL

| | Email: | Primary: | | Confirmation Status: | Status: |
|---|---|---|---|---|---|
| | payment@geekimtech.com | X | | CONFIRMED | ACTIVE |
| | support@geekimtech.com | | | CONFIRMED | ACTIVE |
| | craboss.com@outlook.com | | | CONFIRMED | ACTIVE |

## PHONE NUMBERS

| | Phone Number: | Type: | | Confirmation Status: |
|---|---|---|---|---|
| | 18926794545 | CUSTOMER_SERVICE | | NONE |
| | 18926794545 | OTHER | | NONE |
| | 18926794545 | MAIN | | CONFIRMED |
| | 18926794545 | WORK | | NONE |

## ADDRESSES

| | Date Entered: | Address: | Use: |
|---|---|---|---|
| | Mar 30 2026 10:53:39 GMT+08:00 | 新桥街道沙企社区轱乡路佳华领创广场1004, 深圳市, 广东, 518125, C2 | HOME_OR_WORK |
| | Mar 19 2024 11:03:50 GMT+08:00 | 新沙路151号-907, 深圳市, 广东省, 518105, CN | HOME_OR_WORK |
| | Feb 11 2024 22:33:16 GMT+08:00 | Room101, No.9, Lane2, Zhongxing Liantang District, Xinqiao Street, Baoan District, Shenzhen, GUANGDONG, 518125, CN | |
| | Feb 06 2024 23:34:16 GMT+08:00 | Room101, No.9, Lane2, Zhongxing Liantang District, Xinqiao Street, Baoan District, Shenzhen, GUANGDONG, 518125, CN | |
| | Mar 17 2023 10:37:29 GMT+08:00 | 宝安区新桥街道上星匯塘中区二巷九号101室, 深圳市, 广东, 518125, C2 | |
| | Mar 17 2023 10:34:36 GMT+08:00 | 宝安区新桥街道上星匯塘中区二巷九号101室, 深圳市, 广东, 518125, C2 | HOME_OR_WORK |
| | Nov 10 2022 10:22:53 GMT+08:00 | 坂田街道五和社区十二橡树庄园M6栋M6-2, 深圳市 龙岗区, 广东, 518129, C2 | |
| | Apr 29 2022 16:19:59 GMT+08:00 | 坂田街道五和社区十二橡树庄园M6栋M6-2, 深圳市 龙岗区, 广东, 518129, C2 | HOME_OR_WORK |

## RESTRICTIONS

| | Restriction: | Time Restricted: |
|---|---|---|
| | Seller Performance Monitoring | Mar 25 2026 16:17:20 GMT+08:00 |

## BANKS

| | Type: | Status: | | Confirmation Status: | Bank Name: | Bank Nick Name: | Name: | Country: | Bank Info: | Bank Acct #: |
|---|---|---|---|---|---|---|---|---|---|---|
| | Bank | ACTIVE | | NOT_SUPPORTED | JPMORGAN CHASE BANK, NA | | 邹新宇 | US | 28000024 | REDACTED4742 |

## CREDIT CARDS

| | Type: | Status: | | Confirmation Status: | Name: | Card Nick Name: | CC Number: | Exp Date: | Currency: | Issuer: |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

## DEBIT CARDS

| | Type: | DC Number: | | Status: | Exp Date: | Issuer: |
|---|---|---|---|---|---|---|
| | | | | | | |