**ADDRESSES ASSOCIATED WITH DEFENDANT NO. 22 (aomiss.com)**

| No. | Name | Country | Address | Screenshot Remarks |
|-----|------|---------|---------|--------------------|
| 1 | aomiss.com (Def. No. 22) | China | No. 59-7, Shiyanhu, Jinping Community, Tiaoma Town, Yuhua District, Changsha City, Hunan Province 410123, China<br>*Source: aomiss.com Terms of Use page* | The claimed operator 长沙市雨花区意泰生活用品馆 ("Yitai Household Products Store") is NOT found in the PRC corporate registry (Tianyancha / GSXT). On the maps: Baidu returned "No relevant location found" for the romanized address; a native-character search (石燕湖 59-7 号) returned only unrelated third-party businesses (a pest-control shop at suffix -D401; an SF Express depot; the community office; a primary school) and, on Amap, a design gallery at -N0209 and a residential building—never the Defendant's claimed store. The aomiss.com Terms of Use itself disclaims this address as "not a returning address." |
| 2 | aomiss.com (Def. No. 22) | China | Jiahua Lingchuang Plaza 1004, Haoxiang Road, Shaqi Community, Xinqiao Street, Baoan District, Shenzhen, Guangdong 518125, China<br>*Source: PayPal production (entered Mar. 30, 2026)* | The exact address cannot be located. This address is the registered domicile of Shenzhen Jijin Technology Co., Ltd. (深圳市极尽科技有限公司) per Tianyancha/GSXT—i.e., PayPal Address #1 matches the corporate-registry domicile of the entity holding the aomiss.com PayPal account (legal rep/sole shareholder 邹新宇, the Zou declarant). |
| 3 | aomiss.com (Def. No. 22) | China | No. 151-907 Xinsha Road, Shenzhen, Guangdong 518105, China<br>*Source: PayPal production (entered Mar. 19, 2024)* | The exact address cannot be located. |
| 4 | aomiss.com (Def. No. 22) | China | Room 101, No. 9, Lane 2, Shangxing Liantang Central Area, Xinqiao Street, Baoan District, Shenzhen, Guangdong 518125, China<br>*Source: PayPal production (entered* | The exact address cannot be located. |

| No. | Name | Country | Address | Screenshot Remarks |
|---|---|---|---|---|
| | | | *2023–2024)* | |
| 5 | aomiss.com (Def. No. 22) | China | Twelve Oaks Manor, Building M6, Unit M6-2, Wuhe Community, Bantian Street, Longgang District, Shenzhen, Guangdong 518129, China<br>*Source: PayPal production (entered 2022)* | The exact address cannot be located. |
| 6 | Mgoat Technology Limited (per aomiss.com Contact Us) | Hong Kong | Published (Contact Us): RM03, 24/F, Ho King Comm CTR, 2-16 Fayuen St., Mong Kok — disclaimed "not a returning address." | Per the Hong Kong Companies Registry, Mgoat Technology Limited (Business Registration No. 76064444) is a live company whose REGISTERED OFFICE is different: Unit 98 of Factory A, 1/F, Union Hing Yip Factory Building, No. 20 Hing Yip St., Kwun Tong. The published Mong Kok address is not Mgoat's registered Kwun Tong office. |

## SCREENSHOTS

| No. | Address | Remarks |
|---|---|---|
| 1 | No. 59-7, Shiyanhu, Jinping Community, Tiaoma Town, Yuhua District, Changsha City, Hunan Province 410123, China<br>*Source: aomiss.com Terms of Use page* | Two-query result: a Baidu search of the romanized/English address returned "No relevant location found"; a Baidu search of the native-character address (石燕湖 59-7 号) returned only unrelated third-party businesses—first result a pest-control shop ("灭绝师泰·杀虫灭蟑·除甲醛(跳马镇店)") at suffix -D401, plus 金屏社区, 顺丰速运 (SF Express), and a primary school. Amap (高德地图) returned a design gallery ("述沼炉设计馆") at suffix -N0209, an SF Express outlet, and a residential building. None is the Defendant's claimed store (意泰生活用品馆). The site itself disclaims this address as "not a returning address." |

**Baidu Maps (百度地图):**



**Amap (高德地图):**



| No. | Address | Remarks |
|---|---|---|
| 2 | Jiahua Lingchuang Plaza 1004, Haoxiang Road, Shaqi Community, Xinqiao Street, Baoan District, Shenzhen, Guangdong 518125, China<br>*Source: PayPal production (entered Mar. 30, 2026)* | The exact address cannot be located. This address is the registered domicile of Shenzhen Jijin Technology Co., Ltd. (深圳市极尽科技有限公司) per Tianyancha/GSXT—i.e., PayPal Address #1 matches the corporate-registry domicile of the entity holding the aomiss.com PayPal account (legal rep/sole shareholder 邹新宇, the Zou declarant). |

**Baidu Maps (百度地图):**



**Amap (高德地图):**



| No. | Address | Remarks |
|---|---|---|
| 3 | No. 151-907 Xinsha Road, Shenzhen, Guangdong 518105, China<br>*Source: PayPal production (entered Mar. 19, 2024)* | The exact address cannot be located. |

**Baidu Maps (百度地图):**



**Amap (高德地图):**



| No. | Address | Remarks |
|---|---|---|
| 4 | Room 101, No. 9, Lane 2, Shangxing Liantang Central Area, Xinqiao Street, Baoan District, Shenzhen, Guangdong 518125, China<br>*Source: PayPal production (entered 2023–2024)* | The exact address cannot be located. |

**Baidu Maps (百度地图):**



**Amap (高德地图):**



| No. | Address | Remarks |
|---|---|---|
| 5 | Twelve Oaks Manor, Building M6, Unit M6-2, Wuhe Community, Bantian Street, Longgang District, Shenzhen, Guangdong 518129, China<br>*Source: PayPal production (entered 2022)* | The exact address cannot be located. |

**Baidu Maps (百度地图):**



**Amap (高德地图):**



| No. | Address | Remarks |
|---|---|---|
| 6 | RM03, 24/F, Ho King Comm CTR, 2-16 Fayuen St., Mong Kok<br>*Source: aomiss.com Contact Us page* | The exact address cannot be located. Per the Hong Kong Companies Registry, Mgoat Technology Limited (Business Registration No. 76064444) is a live company whose REGISTERED OFFICE is different: Unit 98 of Factory A, 1/F, Union Hing Yip Factory Building, No. 20 Hing Yip St., Kwun Tong. The published Mong Kok address is not Mgoat's registered Kwun Tong office. |

**Baidu Maps (百度地图):**

RM03, 24/F, Ho King Comm CTR, 2-16 Fayuen St., Mong Kok



Unit 98 of Factory A, 1/F, Union Hing Yip Factory Building, No. 20 Hing Yip St., Kwun Tong



**Amap (高德地图):**

RM03, 24/F, Ho King Comm CTR, 2-16 Fayuen St., Mong Kok



Unit 98 of Factory A, 1/F, Union Hing Yip Factory Building, No. 20 Hing Yip St., Kwun Tong

