**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ALISON FRIEND,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

Case No. 26-cv-05581

Judge Charles P. Kocoras

Magistrate Judge Beth W. Jantz

**DECLARATION OF YANLING JIANG IN SUPPORT OF PLAINTIFF'S
REPLY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION [48]**

I, YANLING JIANG, declare as follows:

**Introduction and Basis of Knowledge.**

1. I am the principal of JiangIP LLC, co-counsel for Plaintiff Alison Friend in this action, and a member of the bar of this Court. I submit this declaration in support of Plaintiff's Reply in Support of Its Motion for a Preliminary Injunction [48], responding to the opposition filed by Defendant No. 22, the seller operating the storefront aomiss.com ("Defendant").

2. I am fluent in written and spoken Mandarin Chinese and routinely review Chinese-language corporate-registry records, map services, and e-commerce materials in the course of the firm's representation of intellectual-property plaintiffs against China-based online sellers. I have personal knowledge of the matters stated in this declaration, except where stated on information and belief, and I would competently testify to them if called as a witness. Where this declaration recites the results of investigative steps performed by Chinese-language research resources or by associates working at my direction, those steps

were performed under my supervision, and I personally reviewed the underlying source materials described below.

**The Operating Entity and Address Claimed on the aomiss.com Website.**

3. The aomiss.com website identifies its operating entity and physical address in two places. The Terms of Use page (§ 20, "Contact Information") identifies the operator, in romanized form, as "Changshayuhuaquyitaishenghuoyongpinguan" (长沙市雨花区意泰生活用品馆 —"Changsha Yuhua District Yitai Household Products Store") and lists the address as No. 59-7, Shiyanhu, Jinping Community, Tiaoma Town, Yuhua District, Changsha City, Hunan Province, China. Separately, the Contact Us page identifies a different operator, "Mgoat Technology Limited," at a Hong Kong address (*see* ¶¶ 12–13 below).

4. On its face, the aomiss.com Terms of Use page appends to the Changsha address the parenthetical "(This is not a returning address)." The same parenthetical disclaimer appears on the Contact Us page next to the Hong Kong address. True and correct copies of the aomiss.com Terms of Use and Contact Us pages, captured in late June 2026, are attached as **Exhibit A**.

**The Claimed Changsha Entity Is Not in the PRC Corporate Registry; the Only Registered Entity Is in Shenzhen.**

5. Under my supervision, searches were conducted on the two principal PRC corporate-registry sources: Tianyancha (天眼查) and the official National Enterprise Credit Information Publicity System (国家企业信用信息公示系统, "GSXT"), operated by the State Administration for Market Regulation.

6. Searches for the claimed Changsha operating entity—长沙市雨花区意泰生活用品馆 ("Changsha Yuhua District Yitai Household Products Store")—and its partial and fuzzy

variants returned no matching registered entity. The closest fuzzy result was a different entity, with a different legal representative and a different unified social credit code. There is no registered business in the PRC corporate registry corresponding to the entity aomiss.com names as its operator.

7. By contrast, the entity that the PayPal records tie to the aomiss.com account—Shenzhen Jijin Technology Co., Ltd. (深圳市极尽科技有限公司)—is registered, and its registry record is internally consistent across both Tianyancha and the official GSXT government registry. The record reflects:

| Field | Record |
|---|---|
| Unified Social Credit Code (统一社会信用代码) | 91440300MA5H98AH5M |
| Legal Representative / Sole Shareholder (100%) | 邹新宇 (Zou Xinyu) |
| Status | 存续 (Active) |
| Registered Domicile (注册地址) | 深圳市宝安区新桥街道沙企社区蚝乡路佳华领创广场 1004 (Jiahua Lingchuang Plaza 1004, Haoxiang Rd., Shaqi Community, Xinqiao St., Bao'an District, Shenzhen) |
| Established | April 1, 2022 |
| Business Scope | Includes internet sales (互联网销售), toys, daily necessities, cosmetics, electronics, technical services |
| Registration Authority | 深圳市市场监督管理局 (Shenzhen Administration for Market Regulation) |

True and correct copies of the Tianyancha and GSXT extracts for 深圳市极尽科技有限公司 (Shenzhen Jijin Technology Co., Ltd.), and of the Changsha "no entity found" search results, are attached as **Exhibit B**.

8. The legal representative and sole (100%) shareholder of 深圳市极尽科技有限公司 (Shenzhen Jijin Technology Co., Ltd.) is 邹新宇 (Zou Xinyu)—the same person who signed the Zou Declaration [50]. The registry therefore shows that the business behind the aomiss.com account is not an unregistered single Changsha household-goods store, but the declarant's own Shenzhen limited-liability company, established in 2022, whose registered business scope includes internet sales.

3

**The Chinese-Language Map Results: the Claimed Address Resolves Only to Unrelated Third-Party Businesses, Not to the Defendant's Store.**

9. Under my supervision, the claimed address—湖南省长沙市雨花区跳马镇金屏社区石燕湖 59-7 号 (No. 59-7, Shiyanhu, Jinping Community, Tiaoma Town, Yuhua District, Changsha City, Hunan Province)—was searched on Baidu Maps (百度地图) and Amap (高德地图), the two leading Chinese-language mapping services.

10. The results do not show the Defendant's claimed store (意泰生活用品馆) at the address. Instead:

   a. A search of the romanized/English form of the address ("No. 59-7, Shiyanhu, Jinping Community, Tiaoma Town, Yuhua District …") on Baidu Maps returned no location—Baidu reported "No relevant location found" and displayed a nationwide-scale map with no candidate pin. A separate search of the native Chinese-character form (石燕湖 59-7 号) on Baidu Maps returned, as its first result, an unrelated pest-control shop—"灭绝师泰·杀虫灭蟑·除甲醛 (跳马镇店)"—at unit suffix -D401, along with 金屏社区 (the community itself), 顺丰速运 (SF Express), and a local primary school. None of the results was the Defendant's claimed household-goods store.

   b. Amap returned at the same base address a design gallery ("雨花区述沼炉设计馆") at unit suffix -N0209, an SF Express (顺丰速运) outlet, and a residential building. Again, none was the Defendant's claimed store.

   c. The same base address (石燕湖 59-7 号) appears across numerous unrelated businesses, each with a different rotating unit suffix (e.g., -D401, -N0209, -E4, -B1, -B587, -B921, -D355, -Z173), consistent with a shared cluster-registration address rather than a single serviceable storefront.

4

d. The location 石燕湖 ("Shiyanhu" / Stone Swallow Lake) is a scenic lake and tourist area (石燕湖生态旅游景区) in Tiaoma Town, not a commercial retail street.

True and correct copies of the Baidu Maps and Amap result pages are attached as **Exhibit C**.

11. Independent of the Chinese-language services, a Google search of the same English address returned an automated "AI Overview" stating that the address "is the registered location of several small Chinese businesses and sole proprietorships" and is located "near the scenic Shiyan Lake." The same search returned other, unrelated e-commerce storefronts using the identical street address—including lacewave.com and jenqor.com—and lacewave.com's Terms of Use page carries the identical "(This is not a returning address)" disclaimer that appears on aomiss.com. A true and correct copy of that search-results page is attached as **Exhibit D**.

**The Website's Second Address (Hong Kong) and a Registered Hong Kong Company**

12. The aomiss.com Contact Us page identifies the operator as "Mgoat Technology Limited" and lists a Hong Kong address: "RM03, 24/F, Ho King Comm CTR, 2-16 Fayuen ST" (Ho King Commercial Centre, Fa Yuen Street, Mong Kok), again with the parenthetical "(This is not a returning address)."

13. Under my supervision, a Hong Kong companies-registry lookup was performed for "Mgoat Technology Limited." The lookup reflects that Mgoat Technology Limited is a real, currently-active Hong Kong company: Business Registration No. 76064444, incorporated December 28, 2023, type "private company limited by shares," status "Live," last annual return (NAR1) filed December 29, 2025, with a registered office address of "Unit 98 of Factory A, 1/F, Union Hing Yip Factory Building, No. 20 Hing Yip Street,

5

Kwun Tong, Hong Kong." That registered office address (Kwun Tong) is different from the Hong Kong address aomiss.com publishes on its Contact Us page (Mong Kok). A true and correct copy of the Hong Kong registry record is attached as Exhibit D.

**The Website's Operational Model.**

14. I reviewed the operative pages of the aomiss.com website. The website's own terms describe a storefront operated for the United States market, not a domestic Changsha household-goods shop:

    a. Currency: the site prices its goods exclusively in U.S. dollars ("US$0–US$69," "Over US$69," "US$6.99," "US$9.99"), with no Chinese-yuan or other-currency option (Shipping Policy page);

    b. Order-processing hours: the Shipping Policy states, "We process orders between Monday to Friday 9:00 am. to 5:00 pm PT"—*i.e.*, United States Pacific Time, not China Standard Time;

    c. Cross-border data transfer: the Privacy Policy states that customer "information will be transferred outside of Europe, including to Canada and the United States";

    d. Payment methods: the site footer displays PayPal, Visa, Mastercard, Maestro, American Express, Discover, Diners Club, Apple Pay, and Google Pay; and

    e. Legal-notice vocabulary: the Intellectual Property Rights page invokes "all relevant State, Federal and International laws" and a United-States-style takedown procedure requiring a statement "under penalty of perjury," and the Terms of Use are stated to be "governed by … the laws of the Hong Kong Special Administrative Region" (§ 18).

True and correct copies of the Shipping Policy, Privacy Policy, Intellectual Property Rights, and Terms of Use pages are attached as Exhibit A.

15.     The aomiss.com About Us page is signed by "Linda—Founder & CEO, Aomiss.com." No individual named "Linda" appears in the Zou Declaration, in the payment-processor production I reviewed, or in the corporate-registry records described above.

**Summary of the Identities and Addresses Associated with the Defendant.**

16.     Taken together, the record associates the Defendant's single storefront (aomiss.com) with multiple, unreconciled identities and addresses:

| # | Identity / Address | Source | Status |
|---|---|---|---|
| 1 | 长沙市雨花区意泰生活用品馆; No. 59-7 Shiyanhu, Changsha | Website / Zou Decl. | Not in PRC registry; address self-disclaimed "not a returning address"; resolves to unrelated businesses |
| 2 | 深圳市极尽科技有限公司 (Shenzhen); registered domicile in Bao'an | PayPal + Tianyancha + GSXT | Registered; sole shareholder/legal rep = 邹新宇 (the declarant) |
| 3 | Mgoat Technology Limited (Hong Kong) | Contact Us page | Real HK company (BR 76064444); published Mong Kok address ≠ registered Kwun Tong office; published address self-disclaimed |
| 4 | "Linda, Founder & CEO" | About Us page | Unidentified; not reconciled with the declarant |
| 5 | Four additional Shenzhen addresses (Bao'an & Longgang) | PayPal production | None is the Changsha address; see Vogt Decl. |

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  July 1, 2026                                  */s/ Yanling Jiang*
                                                              Yanling Jiang
                                                              *Counsel for Plaintiff*

# EXHIBIT A

## aomiss.com Website Captures

Terms of Use (Hong Kong governing law; Changsha address + "not a returning address"), Contact Us (Mgoat HK + disclaimer), About Us (Linda), Privacy Policy (data to U.S.), Shipping Policy (USD pricing / PT hours), Intellectual Property Rights.

Free shipping on orders over $69

**Aomiss**  HOME   NEW IN   JAPANESE ART   MIDI DRESS   VACATION   BOTTOMS   MORE LINKS    USD

# Terms of Use

This website is offers this website, including all information, tools and services available from this site to you, the user, conditioned upon your acceptance of all terms, conditions, policies and notices stated here.

By visiting our site and/ or purchasing something from us, you engage in our "Service" and agree to be bound by the following terms and conditions ("Terms of Service", "Terms"), including those additional terms and conditions and policies referenced herein and/or available by hyperlink. These Terms of Service apply to all users of the site, including without limitation users who are browsers, vendors, customers, merchants, and/ or contributors of content.

Please read these Terms of Service carefully before accessing or using our website. By accessing or using any part of the site, you agree to be bound by these Terms of Service. If you do not agree to all the terms and conditions of this agreement, then you may not access the website or use any services. If these Terms of Service are considered an offer, acceptance is expressly limited to these Terms of Service.

Any new features or tools which are added to the current store shall also be subject to the Terms of Service. You can review the most current version of the Terms of Service at any time on this page. We reserve the right to update, change or replace any part of these Terms of Service by posting updates and/or changes to our website. It is your responsibility to check this page periodically for changes. Your continued use of or access to the website following the posting of any changes constitutes acceptance of those changes.

Our store is hosted on shoplaza Inc. They provide us with the online e-commerce platform that allows us to sell our products and services to you.

SECTION 1 - ONLINE STORE TERMS
You may not use our products for any illegal or unauthorized purpose nor may you, in the use of the Service, violate any laws in your jurisdiction (including but not limited to copyright laws).
You must not transmit any worms or viruses or any code of a destructive nature.
A breach or violation of any of the Terms will result in an immediate termination of your Services.

SECTION 2 - GENERAL CONDITIONS
We reserve the right to refuse service to anyone for any reason at any time. You understand that your content (not including credit card information), may be transferred unencrypted and involve (a) transmissions over various networks; and (b) changes to conform and adapt to technical requirements of connecting networks or devices. Credit card information is always encrypted during transfer over networks.
You agree not to reproduce, duplicate, copy, sell, resell or exploit any portion of the Service, use of the Service, or access to the Service or any contact on the website through which the service is provided, without express written permission by us. The headings used in this agreement are included for convenience only and will not limit or otherwise affect these Terms.

SECTION 3 - ACCURACY, COMPLETENESS AND TIMELINESS OF INFORMATION
We are not responsible if information made available on this site is not accurate, complete or current. The material on this site is provided for general information only and should not be relied upon or used as the sole basis for making decisions without consulting primary, more accurate, more complete or more timely sources of information. Any reliance on the material on this site is at your own risk.

This site may contain certain historical information. Historical information, necessarily, is not current and is provided for your reference only. We reserve the right to modify the contents of this site at any time, but we have no obligation to update any information on our site. You agree that it is your responsibility to monitor changes to our site.

SECTION 4 - MODIFICATIONS TO THE SERVICE AND PRICES
Prices for our products are subject to change without notice.
We reserve the right at any time to modify or discontinue the Service (or any part or content thereof) without notice at any time.
We shall not be liable to you or to any third-party for any modification, price change, suspension or discontinuance of the Service.

SECTION 5 - PRODUCTS OR SERVICES (if applicable)
Certain products or services may be available exclusively online through the website. These products or services may have limited quantities and are subject to return or exchange only according to our Return Policy.
We have made every effort to display as accurately as possible the colors and images of our products that appear at the store. We cannot guarantee that your computer monitor's display of any color will be accurate.
We reserve the right, but are not obligated, to limit the sales of our products or Services to any person, geographic region or jurisdiction. We may exercise this right on a case-by-case basis. We reserve the right to limit the quantities of any products or services that we offer. All descriptions of products or product pricing are subject to change at anytime without notice, at the sole discretion of us. We reserve the right to discontinue any product at any time. Any offer for any product or service made on this site is void where prohibited.
We do not warrant that the quality of any products, services, information, or other material purchased or obtained by you will meet your expectations, or that any errors in the Service will be corrected.

SECTION 6 - ACCURACY OF BILLING AND ACCOUNT INFORMATION
We reserve the right to refuse any order you place with us. We may, in our sole discretion, limit or cancel quantities purchased per person, per household or per order. These restrictions may include orders placed by or under the same customer account, the same credit card, and/or orders that use the same billing and/or shipping address. In the event that we make a change to or cancel an order, we may attempt to notify you by contacting the e-mail and/or billing address/phone number provided at the time the order was made. We reserve the right to limit or prohibit orders that, in our sole judgment, appear to be placed by dealers, resellers or distributors.
You agree to provide current, complete and accurate purchase and account information for all purchases made at our store. You agree to promptly update your account and other information, including your email address and credit card numbers and expiration dates, so that we can complete your transactions and contact you as needed.
For more detail, please review our Returns Policy.

SECTION 7 - OPTIONAL TOOLS We may provide you with access to third-party tools over which we neither monitor nor have any control nor input. You acknowledge and agree that we provide access to such tools "as is" and "as available" without any warranties, representations or conditions of any kind and without any endorsement. We shall have no liability whatsoever arising from or relating to your use of optional third-party tools.

Page 2
Terms of Use
https://www.aomiss.com/pages/terms-of-use

Any use by you of optional tools offered through the site is entirely at your own risk and discretion and you should ensure that you are familiar with and approve of the terms on which tools are provided by the relevant third-party provider(s).

We may also, in the future, offer new services and/or features through the website (including, the release of new tools and resources). Such new features and/or services shall also be subject to these Terms of Service.

SECTION 8 - THIRD-PARTY LINKS

Certain content, products and services available via our Service may include materials from third-parties. Third-party links on this site may direct you to third-party websites that are not affiliated with us. We are not responsible for examining or evaluating the content or accuracy and we do not warrant and will not have any liability or responsibility for any third-party materials or websites, or for any other materials, products, or services of third-parties.

We are not liable for any harm or damages related to the purchase or use of goods, services, resources, content, or any other transactions made in connection with any third-party websites. Please review carefully the third-party's policies and practices and make sure you understand them before you engage in any transaction. Complaints, claims, concerns, or questions regarding third-party products should be directed to the third-party.

SECTION 9 - USER COMMENTS, FEEDBACK AND OTHER SUBMISSIONS

If, at our request, you send certain specific submissions (for example contest entries) or without a request from us you send creative ideas, suggestions, proposals, plans, or other materials, whether online, by email, by postal mail, or otherwise (collectively, 'comments'), you agree that we may, at any time, without restriction, edit, copy, publish, distribute, translate and otherwise use in any medium any comments that you forward to us. We are and shall be under no obligation

(1) to maintain any comments in confidence;
(2) to pay compensation for any comments; or
(3) to respond to any comments.

We may, but have no obligation to, monitor, edit or remove content that we determine in our sole discretion are unlawful, offensive, threatening, libelous, defamatory, pornographic, obscene or otherwise objectionable or violates any party's intellectual property or these Terms of Service.

You agree that your comments will not violate any right of any third-party, including copyright, trademark, privacy, personality or other personal or proprietary right. You further agree that your comments will not contain libelous or otherwise unlawful, abusive or obscene material, or contain any computer virus or other malware that could in any way affect the operation of the Service or any related website. You may not use a false e-mail address, pretend to be someone other than yourself, or otherwise mislead us or third-parties as to the origin of any comments. You are solely responsible for any comments you make and their accuracy. We take no responsibility and assume no liability for any comments posted by you or any third-party.

SECTION 10 - PERSONAL INFORMATION

Your submission of personal information through the store is governed by our Privacy Policy. To view our Privacy Policy.

SECTION 11 - ERRORS, INACCURACIES AND OMISSIONS

Occasionally there may be information on our site or in the Service that contains typographical errors, inaccuracies or omissions that may relate to product descriptions, pricing, promotions, offers, product shipping charges, transit times and availability. We reserve the right to correct any errors, inaccuracies or omissions, and to change or update information or cancel orders if any information in the Service or on any related website is inaccurate at any time without prior notice (including after you have submitted your order).

We undertake no obligation to update, amend or clarify information in the Service or on any related website, including without limitation, pricing information, except as required by law. No specified update or refresh date applied in the Service or on any related website, should be taken to indicate that all information in the Service or on any related website has been modified or updated.

SECTION 12 - PROHIBITED USES

In addition to other prohibitions as set forth in the Terms of Service, you are prohibited from using the site or its content:
(a) for any unlawful purpose;
(b) to solicit others to perform or participate in any unlawful acts;
(c) to violate any international, federal, provincial or state regulations, rules, laws, or local ordinances;
(d) to infringe upon or violate our intellectual property rights or the intellectual property rights of others;
(e) to harass, abuse, insult, harm, defame, slander, disparage, intimidate, or discriminate based on gender, sexual orientation, religion, ethnicity, race, age, national origin, or disability;
(f) to submit false or misleading information;
(g) to upload or transmit viruses or any other type of malicious code that will or may be used in any way that will affect the functionality or operation of the Service or of any related website, other websites, or the Internet;
(h) to collect or track the personal information of others;
(i) to spam, phish, pharm, pretext, spider, crawl, or scrape;
(j) for any obscene or immoral purpose; or
(k) to interfere with or circumvent the security features of the Service or any related website, other websites, or the Internet. We reserve the right to terminate your use of the Service or any related website for violating any of the prohibited uses.

SECTION 13 - DISCLAIMER OF WARRANTIES; LIMITATION OF LIABILITY

We do not guarantee, represent or warrant that your use of our service will be uninterrupted, timely, secure or error-free.
We do not warrant that the results that may be obtained from the use of the service will be accurate or reliable.
You agree that from time to time we may remove the service for indefinite periods of time or cancel the service at any time, without notice to you.

You expressly agree that your use of, or inability to use, the service is at your sole risk. The service and all products and services delivered to you through the service are (except as expressly stated by us) provided 'as is' and 'as available' for your use, without any representation, warranties or conditions of any kind, either express or implied, including all implied warranties or conditions of merchantability, merchantable quality, fitness for a particular purpose, durability, title, and non-infringement.

In no case our directors, officers, employees, affiliates, agents, contractors, interns, suppliers, service providers or licensors be liable for any injury, loss, claim, or any direct, indirect, incidental, punitive, special, or consequential damages of any kind, including, without limitation lost profits, lost revenue, lost savings, loss of data, replacement costs, or any similar damages, whether based in contract, tort (including negligence), strict liability or otherwise, arising from your use of any of the service or any products procured using the service, or for any other claim related in any way to your use of the service or any product, including, but not limited to, any errors or omissions in any content, or any loss or damage of any kind incurred as a result of the use of the service or any content (or product) posted, transmitted, or otherwise made available via the service, even if advised of their possibility. Because some states or jurisdictions do not allow the exclusion or the limitation of liability for consequential or incidental damages, in such states or jurisdictions, our liability shall be limited to the maximum extent permitted by law.

SECTION 14 - INDEMNIFICATION

You agree to indemnify, defend and hold harmless Aomiss and our parent, subsidiaries, affiliates, partners, officers, directors, agents, contractors, licensors, service providers, subcontractors, suppliers, interns and employees, harmless from any claim or demand, including reasonable attorneys' fees, made by any third-party due to or arising out of your breach of these Terms of Service or the documents they incorporate by reference, or your violation of any law or the rights of a third-party.

SECTION 15 - SEVERABILITY

In the event that any provision of these Terms of Service is determined to be unlawful, void or unenforceable, such provision shall nonetheless be enforceable to the fullest extent permitted by applicable law, and the unenforceable portion shall be deemed to be severed from these Terms of Service, such determination shall not affect the validity and enforceability of any other remaining provisions.

Captured by FireShot Pro: 30 June 2026, 04:23:21 AM
https://getfireshot.com

SECTION 16 - TERMINATION
The obligations and liabilities of the parties incurred prior to the termination date shall survive the termination of this agreement for all purposes. These Terms of Service are effective unless and until terminated by either you or us. You may terminate these Terms of Service at any time by notifying us that you no longer wish to use our Services, or when you cease using our site.
If in our sole judgment you fail, or we suspect that you have failed, to comply with any term or provision of these Terms of Service, we also may terminate this agreement at any time without notice and you will remain liable for all amounts due up to and including the date of termination; and/or accordingly may deny you access to our Services (or any part thereof).

SECTION 17 - ENTIRE AGREEMENT
The failure of us to exercise or enforce any right or provision of these Terms of Service shall not constitute a waiver of such right or provision.
These Terms of Service and any policies or operating rules posted by us on this site or in respect to The Service constitutes the entire agreement and understanding between you and us and govern your use of the Service, superseding any prior or contemporaneous agreements, communications and proposals, whether oral or written, between you and us (including, but not limited to, any prior versions of the Terms of Service).
Any ambiguities in the interpretation of these Terms of Service shall not be construed against the drafting party.

SECTION 18 - GOVERNING LAW

These Terms of Service and any separate agreements whereby we provide you Services shall be governed by and construed in accordance with the laws of Hong Kong Special Administrative Region.

SECTION 19 - CHANGES TO TERMS OF SERVICE
You can review the most current version of the Terms of Service at any time at this page.
We reserve the right, at our sole discretion, to update, change or replace any part of these Terms of Service by posting updates and changes to our website. It is your responsibility to check our website periodically for changes. Your continued use of or access to our website or the Service following the posting of any changes to these Terms of Service constitutes acceptance of those changes.

SECTION 20 - CONTACT INFORMATION

Questions about the Terms of Service should be sent to us at service@aomiss.com.

Changshayuhuaquyitaishenghuoyongpinguan
Address:No. 59-7, Shiyanhu, Jinping Community, Tiaoma Town, Yuhua District, Changsha City, Hunan Province(This is not a returning address)

Be the first one to know about new arrivals, tips and more.

Enter your email

SUBSCRIBE

POLICY

Terms Of Use

Privacy Policy

Shipping Policy

Return&Refund Policy

Intellectual Property Rights

ABOUT

About Us

Contact Us

GET IN TOUCH

Contact Us

FOLLOW US

WE ACCEPT

English ⌄

© 2026 Aomiss Powered by Shoplazza



Page 1
About Us
https://www.aomiss.com/pages/about-us

Free shipping on orders over $69

Aomiss

HOME    NEW IN    JAPANESE ART    MIDI DRESS    VACATION    BOTTOMS    MORE LINKS

# About Us

Welcome to Aomiss - Your Ultimate Online Destination for Fashionable Women's Apparel!

**Our Vision** At Aomiss, our vision is to empower women to embrace their unique style and express their individuality through fashion. We aspire to be a leading online boutique, offering a curated selection of trendy and timeless clothing that inspires confidence and beauty in every woman. Our aim is to create a vibrant community where fashion enthusiasts can discover the latest trends, find their perfect looks, and celebrate the joy of self-expression.

**Our Mission** Aomiss' mission is to curate a diverse and exquisite collection of women's apparel, catering to the varying tastes and preferences of our esteemed customers. We are committed to providing top-notch quality clothing that not only makes a statement but also fits perfectly and makes our customers feel extraordinary. Our mission extends beyond just selling clothes; we strive to be a reliable source of fashion inspiration and a trusted companion in our customers' style journeys.

**What Sets Us Apart**

1. **Chic and Fashionable Selection:** Aomiss brings you a thoughtfully curated range of clothing that embodies the latest fashion trends, ensuring you always stay ahead of the style curve.
2. **Quality and Fit Guarantee:** We focus on sourcing garments made with premium materials and exquisite craftsmanship to ensure exceptional quality and a flattering fit.
3. **Inclusive Sizing and Styles:** Aomiss celebrates diversity and inclusivity, offering a wide range of sizes and styles to cater to women of all shapes, sizes, and fashion preferences.
4. **Customer-Centric Service:** We prioritize our customers' satisfaction and happiness above all else, providing prompt and attentive support to address any queries or concerns.
5. **Fashion Community:** Aomiss is more than just an online store; it's a community of fashion-forward individuals, where you can connect, share ideas, and find inspiration.

**Join Us on Our Journey** Discover the beauty of self-expression and the joy of fashion with Aomiss. Explore our stunning collection and unleash your inner fashionista. Thank you for choosing Aomiss as your go-to destination for stylish women's clothing.

Should you have any inquiries or feedback, please do not hesitate to contact our dedicated support team at service@aomiss.com.

Happy shopping!

Linda

Founder & CEO, Aomiss.com

Be the first one to know about new arrivals, tips and more.

Enter your email    SUBSCRIBE

**POLICY**

Terms Of Use

Privacy Policy

Shipping Policy

Return&Refund Policy

Intellectual Property Rights

**ABOUT**

About Us

Contact Us

**GET IN TOUCH**

 Contact Us

**FOLLOW US**

f   p

**WE ACCEPT**

Captured by FireShot Pro: 30 June 2026, 04:22:10 AM
https://getfireshot.com

Page 1
Privacy Policy
https://www.aomiss.com/pages/privacy-policy

Free shipping on orders over $69

Aomiss  HOME  NEW IN  JAPANESE ART  MIDI DRESS  VACATION  BOTTOMS  MORE LINKS  English  USD

# Privacy Policy

**Privacy Policy**

This Privacy Policy describes how your personal information is collected, used, and shared when you visit or make a purchase on us.

**PERSONAL INFORMATION WE COLLECT**
When you visit the Site, we automatically collect certain information about your device, including information about your web browser, IP address, time zone, and some of the cookies that are installed on your device. Additionally, as you browse the Site, we collect information about the individual web pages or products that you view, what websites or search terms referred you to the Site, and information about how you interact with the Site. We refer to this automatically-collected information as "Device Information".

**Device Information WE COLLECT**
- "Cookies" are data files that are placed on your device or computer and often include an anonymous unique identifier. For more information about cookies, and how to disable cookies, visit http://www.allaboutcookies.org.
- "Log files" track actions occurring on the Site, and collect data including your IP address, browser type, Internet service provider, referring/exit pages, and date/time stamps.
- "Web beacons", "tags", and "pixels" are electronic files used to record information about how you browse the Site.

Additionally when you make a purchase or attempt to make a purchase through the Site, we collect certain information from you, including your name, billing address, shipping address, payment information (including credit card numbers, email address, and phone number. We refer to this information as "Order Information".

When we talk about "Personal Information" in this Privacy Policy, we are talking both about Device Information and Order Information.

**HOW DO WE USE YOUR PERSONAL INFORMATION?**
We use the Order Information that we collect generally to fulfill any orders placed through the Site (including processing your payment information, arranging for shipping, and providing you with invoices and/or order confirmations). Additionally, we use this Order Information to:
- Communicate with you;
- Screen our orders for potential risk or fraud;
- When in line with the preferences you have shared with us, provide you with information or advertising relating to our products or services.

We use the Device Information that we collect to help us screen for potential risk and fraud (in particular, your IP address), and more generally to improve and optimize our Site (for example, by generating analytics about how our customers browse and interact with the Site, and to assess the success of our marketing and advertising campaigns).

**SHARING YOUR PERSONAL INFORMATION**
We share your Personal Information with third parties to help us use your Personal Information, as described above. For example, we use Shopyy Soft to power our online store.
We also use Google Analytics to help us understand how our customers use the Site -- you can read more about how Google uses your Personal Information here: https://www.google.com/intl/en/policies/privacy/. You can also opt-out of Google Analytics here: https://tools.google.com/dlpage/gaoptout.

Finally, we may also share your Personal Information to comply with applicable laws and regulations, to respond to a subpoena, search warrant or other lawful request for information we receive, or to otherwise protect our rights.

**BEHAVIOURAL ADVERTISING**
As described above, we use your Personal Information to provide you with targeted advertisements or marketing communications we believe may be of interest to you. For more information about how targeted advertising works, you can visit the Network Advertising Initiative's ("NAI") educational page at http://www.networkadvertising.org/understanding-online-advertising/how-does-it-work.

- Facebook: https://www.facebook.com/settings/?tab=ads
- Google: https://www.google.com/settings/ads/anonymous
- Bing: https://advertise.bingads.microsoft.com/en-us/resources/policies/personalized-ads
Additionally, you can opt out of some of these services by visiting the Digital Advertising Alliance's opt-out portal at: http://optout.aboutads.info/.

Additionally, if you are a European resident we note that we are processing your information in order to fulfill contracts we might have with you (for example if you make an order through the Site), or otherwise to pursue our legitimate business interests listed above. Additionally, please note that your information will be transferred outside of Europe, including to Canada and the United States.

**DATA RETENTION**
When you place an order through the Site, we will maintain your Order Information for our records unless and until you ask us to delete this information.

**CHANGES**
We may update this privacy policy from time to time in order to reflect, for example, changes to our practices or for other operational, legal or regulatory reasons.

**CONTACT US**
For more information about our privacy practices, if you have questions, or if you would like to make a complaint, please contact us:

email：service@aomiss.com

Be the first one to know about new arrivals, tips and more.

Enter your email  SUBSCRIBE

**POLICY**
Terms Of Use
Privacy Policy
Shipping Policy
Return&Refund Policy
Intellectual Property Rights

**ABOUT**
About Us
Contact Us

**GET IN TOUCH**
Contact Us

**FOLLOW US**

**WE ACCEPT**

English

© 2026 Aomiss Powered by Shoplazza

Captured by FireShot Pro: 30 June 2026, 04:19:31 AM
https://getfireshot.com

Free shipping on orders over $69

**Aomiss**  HOME  NEW IN  JAPANESE ART  MIDI DRESS  VACATION  BOTTOMS  MORE LINKS  English  USD  🔍 👤 🛍️

# Shipping Policy

We process orders between Monday to Friday 9:00 am. to 5:00 pm PT. Orders will be processed within 3-15 business days of ordering and shipped the next day after the processing day. Please note that we don't ship on weekends.

*Please note that we don't ship on weekends.

| SHIPPING METHOD | ORDER AMOUNT | COST | SHIPPING TIME |
|---|---|---|---|
| Standard Shipping | US$0-US$69 | US$6.99 | 7-20 business days |
| | Over US$69 | FREE | |
| Premuim Shipping | All | US$9.99 | 3-15 business days |

Total Delivery Time = Processing Time + Shipping Time

*All estimated/typical delivery time are derived from real world data collected from past orders. They are approximate times for reference only.

*Shipping times will be affected during public holidays; manufacturers and couriers will limit their operations at these times. This is outside our control. Normal service resumes immediately after each holiday.

### Cancel Unpaid Orders

If your order is not paid for, you can easily cancel it yourself.

### Cancel Paid Orders

If your order has been paid for, you need to contact us via **service@aomiss.com** as soon as possible. Unfortunately, we are unable to cancel your order once it has been processed and/or shipped.

### Tracking Your Order

You will receive an email with a tracking number once your order is shipped. And it takes 3-5 business days for the logistics tracking information to be updated on the system. If your order was placed 5 business days ago and there is still no information about your tracking number, please contact us.

### Unclaimed Orders

We are not responsible for any packages returned to us as refused, unclaimed, undeliverable, or because of an incorrect or insufficient address.

### Custom / Duty Fees / Remittance Fee

Customs fees and Sale tax are the responsibility of the customer. Please check with your local customs agency regarding fees. Also, kindly note that on rare occasions, customs agents may delay the delivery of some packages.

### Separate Packages

In some instances, an order may be split into different packages for any of the following reasons:

*Certain items may be on backorder;

*Weight restrictions for regular shipping imposed by the post office.

### Defective/Incorrect/Damaged Packages

Please contact us within 30 days of receiving your order if you received merchandise that is incorrect, missing, and/or defective. Please include your order number, photographs of the item(s) and all related references upon receiving your package. We will do our very best to resolve your case as soon as possible.

### Missing Items

Please inspect your order upon reception and email **service@aomiss.com** immediately, if something is missing. So that we can evaluate the issue and make it right.

### NOTE

Please ensure all delivery information is correct. If there is incorrect and/or missing information, we may be required to contact you to update the delivery information, which may cause delays in delivering your order. Delays may also occur as a result of customs clearance.

Your local customs office may require additional documents and time to clear your package, which may delay the estimated delivery time.

Your order may be delivered to you by either the local post office or a local courier. Depending on your area, most orders will be delivered by your local post service, so the package will be received with your regular mail. If you are not home when the delivery is made, a notice card may be left by the postal service to advise on how and where your delivery can be collected.

If you don't receive our Customer Service team's response for an extended period of time (24 hours on weekdays, 48 hours on weekend), please check your Contact email's Spam folder. Our emails may have been filtered incorrectly by your email server/provider.

Be the first one to know about new arrivals, tips and more.

[ Enter your email ]  **SUBSCRIBE**

| POLICY | ABOUT | GET IN TOUCH | WE ACCEPT |
|---|---|---|---|
| Terms Of Use | About Us | ✉ Contact Us | |
| Privacy Policy | Contact Us | FOLLOW US | |
| Shipping Policy | | f P | |
| Return&Refund Policy | | | |
| Intellectual Property Rights | | | |



English ⌄

© 2026 Aomiss Powered by Shoplazza

Free shipping on orders over $69

Aomiss    HOME    NEW IN    JAPANESE ART    MIDI DRESS    VACATION    BOTTOMS    MORE LINKS    English ⌄     USD ⌄    🔍  👤  🛍️

# Intellectual Property Rights

It is the policy to take appropriate action where necessary to uphold and recognize all relevant State, Federal and International laws in connection with material that is claimed to be infringing any trademark, copyright, patent and all or any other Intellectual Property laws. If you are an intellectual property rights owner and you believe that we sells, offers for sale, or makes available goods and/or services that infringe your intellectual property rights, then send the following information to our Email.

Information required:

1. An electronic or physical signature of the person authorized to act on behalf of the owner of an exclusive that is allegedly infringed;

2. A description of the allegedly infringing work or material;

3. A description of where the allegedly infringing material is located on the site (product(s) URL);

4. Information reasonably sufficient to allow us to contact you, such as your address, telephone number and e-mail address;

5. A statement by you that you have a good faith belief that the disputed use of the material is not authorized by the copyright or other proprietary right owner, its agent, or the law;

6. Identification of the intellectual property rights that you claim are infringed by the Website(e.g. "XYZ copyright", "ABC trademark, Reg. No. 123456, registered 1/1/04",etc); and

7. A statement by you that the above information and notification is accurate, and under penalty of perjury, that you are the copyright owner or authorized to act on behalf of the owner whose exclusive right is allegedly infringed.

Page 1

Be the first one to know about new arrivals, tips and more.    Enter your email    SUBSCRIBE

| POLICY | ABOUT | GET IN TOUCH | WE ACCEPT |
|---|---|---|---|
| Terms Of Use | About Us | ✉ Contact Us | |
| Privacy Policy | Contact Us | FOLLOW US | |
| Shipping Policy | | f  𝒫 | |
| Return&Refund Policy | | | |
| Intellectual Property Rights | | | |

English ⌄

© 2026 Aomiss Powered by Shoplazza

# EXHIBIT B

PRC Corporate Registry Extracts — Shenzhen Jijin Technology Co., Ltd. (深圳市极尽科技有限公司) and Changsha "no entity" search

Source: National Enterprise Credit Information Publicity System (GSXT / 国家企业信用信息公示系统) and Tianyancha (天眼查).

The only registered entity tied to the aomiss.com account is the declarant Zou Xinyu's (邹新宇) own Shenzhen company; the claimed Changsha operator 意泰生活用品馆 is not registered.



Captured by FireShot Pro: 30 June 2026, 03:56:49 AM
https://getfireshot.com

Page 1
国家企业信用信息公示系统
https://shiming.gsxt.gov.cn/corp-query-search-1.html



Tianyancha (          ) extract — summary of key fields

Registered entity:                                        (Shenzhen Jijin Technology Co., Ltd.)

Unified Social Credit Code:          91440300MA5H98AH5M

Legal Rep. / Sole Shareholder (100%):          (Zou Xinyu) — contributed 2022-04-01

Status:                              (Active)

Registered Domicile:                                                                      1004

Established:                      2022-04-01

Type:                                        (              ) — sole natural-person LLC

Business Scope (excerpt):                      (internet sales); toys; daily necessities; cosmetics; electronics; tech services

Registration Authority:                              (Shenzhen Admin. for Market Regulation)


Changsha operator search —                              : NO MATCHING ENTITY

Searches for the claimed operator returned no matching registered entity. The closest fuzzy result is a DIFFERENT business:
                      (legal rep      ; USCC 92430111MAC45W6G6Q; est. 2022-11-14) — different name, different legal representative, different credit code.

# EXHIBIT C

Chinese-Language Map Results for No. 59-7 Shiyanhu (石燕湖59-7号) — Baidu Maps (百度地图) and Amap (高德地图)

Romanized-address Baidu search returned "No relevant location found."

Native-character Baidu search returned a pest-control shop (灭绝师泰) at suffix -D401; Amap returned a design gallery (述沼炉设计馆) at suffix -N0209 — never the Defendant's claimed store (意泰生活用品馆).









# EXHIBIT D

## Hong Kong Companies Registry Record for Mgoat Technology Limited (BR 76064444) and Google Address Search

Mgoat's registered office (Kwun Tong) differs from the Mong Kok address aomiss.com publishes.

Google address search (AI Overview) ties No. 59-7 Shiyanhu to several small businesses and to other storefronts (lacewave.com, jenqor.com) carrying the identical "not a returning address" disclaimer.

# MGOAT TECHNOLOGY LIMITED

### (BR NO. 76064444)

ADVERTISEMENT

Claim this company

## Recently incorporated companies

- VG Hair Limited
- Deka Interior Design Limited
- DONS PRODUCTION LIMITED
- KT Ventures Limited
- XTERAI LIMITED
- TAI HUNG SEAFOOD LIMITED
- CARHUB LIMITED
- De Novo Company Limited
- HILLCREST ASIA CAPITAL LIMITED
- MifA Intelligence Limited

## Incorporated on the same day 28-DEC-2023

- Pink Tie Limited
- CHEUK FUNG ENTERPRISES LIMITED
- EASTRIMS LIMITED
- MKW 3 LIMITED
- DFS Physiotherapy Limited
- Keto Restaurant Limited
- Advance Insulation Engineering & Trading Company Limited
- Vigorous Growth Transportation Company Limited
- FORBIDDEN SPORTS CLUB LIMITED
- Tao Seng Group (Hong Kong) Company Limited

Mgoat Technology Limited was incorporated on 28-DEC-2023 as a Private company limited by shares registered in Hong Kong. The date of annual examination for this private company limited is between Dec 28 and Feb 08 upon the anniversary of incorporation. The company's status is listed as "Live" now.
Mgoat Technology Limited has been operating for 2 years 6 months, and 2 days.

| | |
|---|---|
| Company Name: | Mgoat Technology Limited |
| Business Registration No. | 76064444 |
| Date of Incorporation: | 28-DEC-2023 |
| Company Type: | Private company limited by shares |
| Company Status: | Live |
| Date of Annual Examination: | Dec 28 - Feb 08 |
| Last Annual Return Filed (NAR1): | 29-Dec-2025 |
| Register of Charges: | Unavailable |
| Name History: | 28-DEC-2023 Mgoat Technology Limited |
| Registered Office Address: | 📍 UNIT 98 OF FACTORY A 1/F, UNION HING YIP FACTORY BUILDING, NO. 20 HING YIP STREET, KWUN TONG, HONG KONG |
| updated on | 2026-05-06 |
| Website | Website |

## Popular Companies

- Diffy Co., Limited
- PW CONSULTANTS LIMITED
- WIIP HOLDINGS LIMITED
- WIDETOP PROPERTIES LIMITED
- WIDESPREAD BUILDING MATERIALS COMPANY LIMITED
- KNL COMPANY LIMITED
- HONG KONG FORTUNE PLUS INTERNATIONAL LIMITED
- DONGBIN INTERNATIONAL LIMITED
- WILLAND LIMITED
- WILL'S DESIGN LIMITED
- WildPower Technology Co., Limited
- WILBURGH PRECISION ENGINEERING LIMITED
- ZHYANG TRADE LIMITED

Copyright © 2018 - 2026 Hong Kong Company Directory. All Rights Reserved.

Page 1
No. 59-7, Shiyanhu, Jinping Community, Tiaoma Town, Yuhua District, Changsha City, Hunan Province - Google Search
https://www.google.com/search?q=No.+59-7%2C+Shiyanhu%2C+Jinping+Community%2C+Tiaoma+Town%2C+Yuhua+District%2C+Changsha+City%2C+Hunan+Province&oq=No.+59-7%2...

Google

No. 59-7, Shiyanhu, Jinping Community, Tiaoma Town, Yuhua District, Changsha City, Hunan

AI Mode | All | Images | Maps | News | Forums | Shopping | More ▾ | Tools ▾

---

✦ AI Overview

This address is the registered location of several small Chinese businesses and sole proprietorships, such as the **Yanfangke Daily Necessities Museum** and **Jenqor**. It is located in the Tiaoma Town area of Changsha, Hunan Province, China, near the scenic Shiyan Lake. ▾ Wikipedia +2

Would you like me to find shipping and logistics information for this region, or did you need to verify a specific business operating at this address?

Show more ⌄

W 🧑 2 sites

Yuhua, Changsha - Wikipedia
History. Yuhua District is one of five districts established on 22 April 1996 as a result of...

W Wikipedia

Vaporous Grey Pebble Relief Accent Vase - jenqor.com

---

NACCS掲示板
https://bbs.naccscenter.com › data › code › fains  XLS

**中華人民共和国**
NO.2, JIANKANG SOUTH ROAD, ECONOMIC DEVELOPMENT ZONE, DONGYANG TOWN, LIUYANG CITY, **CHANGSHA CITY, HUNAN PROVINCE, CHINA. 2233, CNGR0018, GRANT LLOYD INDUSTRIES ...** Read...
Missing: ~~Shiyanhu, Tiaoma~~

lacewave
https://www.lacewave.com › pages › terms-of-use

**Terms of Use**
Address:No. 59-7, Shiyanhu, Jinping Community, Tiaoma Town, Yuhua District, Changsha City, Hunan Province(This is not a returning address). Subscribe today ... Read more

Kaup24.ee
https://kaup24.ee › dosug › nabor...  · Translate this page

**Набор Тактических Поясов (3 шт) - Быстросъемные, ...**
59-7, Shiyanhu, Jinping Community, Tiaoma Town - G1785 Yuhua District 410011 Hunan Province, Changsha City China; zldsqls25@163.com. Больше информации.

220.lv
https://220.lv › medibu-piederumi  · Translate this page

**3 gab. taktisko jostu komplekts - ātri atbrīvojams ...**
Changshashiyuhuaqujieqianshipind; No. 59-7, Shiyanhu, Jinping Community, Tiaoma Town - G1785 Yuhua District 410011 Hunan Province, Changsha City China; ...

Pigu.lt
https://pigu.lt › laisvalaikis › 3-dal...  · Translate this page

**3 dalių taktinių diržų rinkinys - Greito atsegimo, daugiafunkciniai ...**
59-7, Shiyanhu, Jinping Community, Tiaoma Town - G1785 Yuhua District 410011 Hunan Province, Changsha City China; zldsqls25@163.com. Daugiau informacijos.

Hobbyhall.fi
https://hobbyhall.fi › vapaa-aika  · Translate this page

**3-osainen taktinen vyösetti - pikalukitus, monikäyttöiset ...**
59-7, Shiyanhu, Jinping Community, Tiaoma Town - G1785 Yuhua District 410011 Hunan Province, Changsha City China; zldsqls25@163.com. Lisätietoja. Tuotteiden ...

Kaup24.ee
https://kaup24.ee › jahindustarbed  · Translate this page

**kiirkinnitus, mitmeotstarbelised nailonist vööd jahtimiseks ...**
Changshashiyuhuaqujieqianshipind; No. 59-7, Shiyanhu, Jinping Community, Tiaoma Town - G1785 Yuhua District 410011 Hunan Province, Changsha City China; ... Read more

Pigu.lt
https://pigu.lt › laisvalaikis › 3-dal...  · Translate this page

**3 dalių taktinis diržų rinkinys, Juoda**
59-7, Shiyanhu, Jinping Community, Tiaoma Town - G1785 Yuhua District 410011 Hunan Province, Changsha City China; zldsqls25@163.com. Daugiau informacijos. Read more

Hobbyhall.fi
https://hobbyhall.fi › vapaa-aika  · Translate this page

**3-osainen taktinen vyösetti - pikalukitus, monikäyttöiset ...**
59-7, Shiyanhu, Jinping Community, Tiaoma Town - G1785 Yuhua District 410011 Hunan Province, Changsha City China; zldsqls25@163.com. Lisätietoja. Tuotteiden ... Read more



**Jinping Cmty. Neighborhood Comm.**
Residents association in Changsha, China

◈ Directions | 🄿 Reviews | 🔖 Save | ⬆ Share

**Address:** China, Hunan, Changsha, Yuhua District, Changsha, 148, 正西方向60米 邮政编码: 410123
**Province:** Hunan

Reviews ⓘ  [Write a review] [Add photos]
**Be the first to review**

About this data

---

People also search for

| | |
|---|---|
| 389 Huanghe Middle 1st Road, Shuangliu District Chengdu,... 🔍 | Dongguan city guangdong province 🔍 |
| List of blacklisted companies in China 🔍 | Shanghai 🔍 |
| China address lookup 🔍 | Chaoyang district 🔍 |
| Abe corp China Ltd. 🔍 | Google map China 🔍 |

In order to show you the most relevant results, we have omitted some entries very similar to the 9 already displayed.
If you like, you can *repeat the search with the omitted results included.*

Captured by FireShot Pro: 30 June 2026, 04:39:13 AM
https://getfireshot.com

Page 1
Mgoat Technology Limited" - Google Search
https://www.google.com/search?q=Mgoat+Technology+Limited%22&oq=Mgoat+Technology+Limited%22&gs_lcrp=EgZjaHJvbWUyBggAEEUYOTIJCAEQIRgKGKABMgkIAhAhGAoYoAEyCQgDECE...

Google

Mgoat Technology Limited

AI Mode    All    Images    Shopping    Videos    News    Forums    More    Tools

Including results for **Goat** Technology Limited"
Search only for Mgoat Technology Limited"

ltddir.com
https://www.ltddir.com › companies › mgoat-technolog...

**Mgoat Technology Limited - Hong Kong Company Directory**
Mar 20, 2026 — **Mgoat Technology Limited** was incorporated on 28-DEC-2023 as a Private company limited by shares registered in Hong Kong. Read more

✦ AI Overview

"Mgoat Technology Limited" most likely refers to the pioneering artificial intelligence and cybersecurity company behind **MGOAT (Model Guard Offensive Assessment Tool)**, the world's first AI security testing system that simulates real hacker attack strategies to protect enterprise AI models. 🔗

Because "GOAT" is a popular technology acronym (often standing for Greatest Of All Time or used in business names), the name could also refer to a few other notable companies operating in the technology space:

- GOAT Technologies: A global provider specializing in IoT devices, hardware development, and industrial automation solutions.

Show more ⌄

灵云数科
https://www.relaxcloud.cn › en-US › news › mgoat-launch

**Launches MGOAT: First AI Security Testing System That ...**
Jan 3, 2025 — **MGOAT** is now officially launched, providing services to AI application developers, cloud service providers, fintech companies, internet ... Read more

LinkedIn · GOAT Technologies
4.2K+ followers

**GOAT Technologies**
Welcome to G O A T Technologies, a leading IT and software company dedicated to driving innovation and excellence in the digital world. Read more
Missing: M~~goat~~ | Show results with: **Mgoat**

GOAT Technologies
https://www.goattechnologies.co.ke

**GOAT Technologies | Home**
**GOAT** Technologies delivers advanced IoT devices and software designed to meet today's operational demands, providing connected solutions across industries. Read more
Missing: ~~Limited"~~ | Show results with: **Limited"**

GOV.UK
https://find-and-update.company-information.service.gov.uk › ...

**TECHNOLOGY GOAT LIMITED overview - Companies House**
Registered office address: Lower Ground Floor, 122 Bath Road, Cheltenham, Gloucestershire, United Kingdom, GL53 7JX. Company status: Active. Read more
Missing: M~~goat~~ | Show results with: **Mgoat**

Instagram · goat.technologies
10+ followers

**GOAT Technologies**
Welcome to G O A T Technologies, a leading IT and software company dedicated to driving innovation and excellence in the digital world. Read more

Mountain Goat Software
https://www.mountaingoatsoftware.com

**Mountain Goat Software**
Practical, proven training and coaching that goes beyond theory. We give Scrum and agile teams the skills and confidence to collaborate and deliver results long ... Read more
Missing: ~~Technology Limited"~~

Yahoo Finance
https://finance.yahoo.com › news › goat-industries-ann...

**GOAT INDUSTRIES ANNOUNCES MONETIZATION ...**
Mar 16, 2026 — **GOAT** INDUSTRIES ANNOUNCES MONETIZATION AGREEMENT INVOLVING WHOLLY-OWNED BETSOURCE PLATFORM TO POWER FAN ENGAGEMENT **TECHNOLOGY**. Re...
Missing: M~~goat~~ | Show results with: **Mgoat**

My Goat
https://mygoat.co

**My Goat: Home**
Do you have autonomous robots? Welcome to My Goat... the leading Software Service Provider for commercial vegetation management. Schedule a 30 Minute Preview. Read more
Missing: ~~Limited"~~ | Show results with: **Limited"**

People also search for

🔍 Mgoat technology limited **owner**

🔍 Mgoat technology limited **goats**


Goooooooooogle
1 2 3 4 5 6 7 8 9 10    Next

Captured by FireShot Pro: 30 June 2026, 04:43:28 AM
https://getfireshot.com