**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ALISON FRIEND,<br><br>   Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A,"<br><br>   Defendants. | Case No. 26-cv-05581<br><br>Judge Charles P. Kocoras<br><br>Magistrate Judge Beth W. Jantz |

**DECLARATION OF KEITH A. VOGT IN SUPPORT OF PLAINTIFF'S**
**REPLY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION [48]**

I, KEITH A. VOGT, declare as follows:

1. I am an attorney admitted to practice before this Court, and I am one of the attorneys for Plaintiff, Alison Friend ("Plaintiff"), in this action. Except where stated on information and belief, I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify competently to them. I submit this declaration in support of Plaintiff's Reply in Support of Its Motion for a Preliminary Injunction.

2. Plaintiff is the owner of the thirteen United States copyright registrations for the Alison Friend Works identified in the Complaint. [1] ¶ 5; [1-1].

3. Defendant No. 22 in this action operates the online storefront aomiss.com (also displayed on the website as "Aomiss"). Defendant offered for sale and sold one or more products bearing the Alison Friend Works, including a product listed as the "Pizza Lover Puppy Oil Painting Art Print Crew Neck Loose Blouse."

4.      Pursuant to the Court's order authorizing expedited discovery, PayPal, Inc. produced account records for the financial account associated with the aomiss.com storefront.

5.      The PayPal records identify the account's business name as Shenzhen Jijin Technology Co., Ltd. (深圳市极尽科技有限公司)—not the Changsha entity identified on the aomiss.com Terms of Use page or in the Declaration of Xinyu Zou [50]. The records reflect a restrained account balance of US$17,625.67 and identify a United States bank account at JPMorgan Chase Bank, N.A.

6.      The PayPal records list at least four physical addresses for the account, none of which is the Changsha address displayed on the aomiss.com website. These addresses are located across the Baoan and Longgang Districts of Shenzhen, Guangdong Province, and include: (a) Jiahua Lingchuang Plaza 1004, Haoxiang Road, Shaqi Community, Xinqiao Street, Shenzhen 518125; (b) No. 151-907 Xinsha Road, Shenzhen 518105; (c) Room 101, No. 9, Lane 2, Shangxing Liantang Central Area, Xinqiao Street, Baoan District, Shenzhen 518125; and (d) Twelve Oaks Manor, Building M6, Unit M6-2, Wuhe Community, Bantian Street, Longgang District, Shenzhen 518129.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  July 1, 2026                          */s/ Keith A. Vogt*
                                             Keith A. Vogt
                                             *Counsel for Plaintiff*

2