**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ALISON FRIEND,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-05581

Judge Charles P. Kocoras

Magistrate Judge Beth W. Jantz

**PLAINTIFF'S MOTION FOR LEAVE TO**
**FILE REPLY BRIEF IN EXCESS OF PAGE LIMITATION**

Plaintiff, ALISON FRIEND ("Plaintiff"), by and through Plaintiff's undersigned counsel, respectfully requests leave under Local Rule 7.1 to file her Reply in Support of Plaintiff's Motion for Preliminary Injunction in a length not to exceed fourteen (14) pages, exclusive of the caption and certificate of service. Good cause supports the modest enlargement Plaintiff seeks.

Defendant No. 22 (aomiss.com) did not file a narrow opposition. Its Response in Opposition [49], together with the accompanying five-part Zou Declaration [50], spans several pages and presses five distinct lines of attack, each demanding a separate answer grounded in its own facts and law: (1) that email service was improper under the Hague Service Convention; (2) that Defendant was misjoined because it purportedly did not participate in a common scheme; (3) that Plaintiff cannot establish irreparable harm; (4) that the balance of equities forecloses the asset restraint; and (5) that the public interest disfavors the injunction. Several of those arguments turn on a contested factual record that Plaintiff can meet only with specific citations to the declarations and exhibits submitted herewith.

The enlargement Plaintiff requests is slight and proportionate to the opposition it answers. Plaintiff seeks leave for a reply of no more than fourteen. Granting the request will streamline rather than expand the issues before the Court, allowing Plaintiff to address Defendant's arguments in a single, orderly brief rather than leaving them unanswered or resorting to artificial compression that would obscure the record. No party is prejudiced, and the requested relief serves the Court's interest in a complete and efficient presentation of the issues.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant Plaintiff leave to file her Reply in Support of Plaintiff's Motion for Preliminary Injunction not to exceed fourteen (14) pages, exclusive of the caption and certificate of service.

DATED: July 1, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

2