**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ALISON FRIEND,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-05581

Judge Charles P. Kocoras

Magistrate Judge Beth W. Jantz

**STATUS REPORT**

Plaintiff, ALISON FRIEND ("Plaintiff"), files this status report solely on behalf of Plaintiff pursuant to Minute Entry Order [47].

Plaintiff filed a Motion for Preliminary Injunction on May 28, 2026. [28]. On June 10, 2026, the Court granted the preliminary injunction as to Defendant Nos. 1-21, 23-27, and 30-34 and continued as to Defendant Nos. 22, 28, and 29.

Defendant No. 22 amoiss.com appeared through counsel on June 10, 2026. [42][43]. On June 12, 2026, this Defendant filed a motion in opposition to Plaintiff's Motion for Preliminary Injunction. [49]. Plaintiff filed her Reply in Support of Her Motion for a Preliminary Injunction on July 1, 2026. [68]. Briefing as to Plaintiff's Motion for Preliminary Injunction as to Defendant amoiss is now complete.

Defendant Nos. 28 favomens.com and 29 lacemylife.com appeared through counsel on May 29, 2026. [33]. Plaintiff and Defendant Nos. 28 and 29 jointly filed an agreed motion to modify asset restraint on June 2, 2026. [34]. This Court granted and entered the [Agreed] Asset Restraint Order for these Defendants on June 3, 2026, which reduced the asset restraint on the defendants' PayPal accounts to $10,000 each, for a total of $20,000. [36-37]. Plaintiff and

Defendant Nos. 28 and 29 also filed a joint motion for extension of time for Defendant Nos. 28 and 29 to respond to the Motion for Preliminary Injunction by June 25, 2026. [38]. This agreed motion was granted on June 4, 2026. [40]. Defendant Nos. 28 and 29 first filed a motion to dismiss on June 22, 2026. [53]. This motion is currently pending. Plaintiff's response is due July 13, 2026, and Defendants' reply is due July 27, 2026. [59]. Defendants have also filed a response in opposition to Plaintiff's motion for preliminary injunction, on June 25, 2026. No briefing schedule has been set for Defendant's opposition. Plaintiff has filed a Motion to Stay Briefing on Defendants' Opposition and For Leave to Conduct Discovery. [76]. Plaintiff's motion is noticed for Tuesday, July 21, 2026. [77].

As to the rest of the appearing Defendants, Defendant No. 1 GOOD PAPA appeared through counsel on June 8, 2026. [41]. Plaintiff and Defendant have reached a settlement agreement, and Plaintiff filed a notice of dismissal as to GOOD PAPA. *See* [72]. Defendant Nos. 24 sukissy.com; 25 lorrence.com, 26 newevers.com, 27 charmfay.com, and 30 deeove.com appeared through counsel on June 29, 2026. [65]. These Defendants have until July 29, 2026, to answer Plaintiff's Complaint or otherwise respond. [67]. Plaintiff and these Defendants are currently discussing settlement.

As to the remaining defendants who have not yet appeared or been dismissed, Plaintiff is currently investigating and analyzing the Defendants' physical addresses, in order to determine whether service under the Hague Convention applies as outlined in *Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co.*, 2026 WL 1502198 (7th Cir. 2026). Plaintiff will file either a renewed motion for entry of default and default judgment or a status report on Plaintiff's efforts by July 23, 2026, pursuant to this Court's Minute Entry Order [64].

DATED:  July 10, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail:  keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 10, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt