**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Alison Friend

                                                        Plaintiff,

v.                                                                      Case No.:
                                                                        1:26–cv–05581

                                                                        Honorable Charles P.
                                                                        Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                        Defendant.

 

**NOTIFICATION OF DOCKET ENTRY**

 

This docket entry was made by the Clerk on Monday, July 13, 2026:

      MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's Motion to Stay Briefing on Defendants' Opposition and for Leave to Conduct Limited Fact Discovery [76] is granted. Briefing on the Opposition of Defendants favomens.com (No. 28) and lacemylife.com (No. 29) to Plaintiff's Motion for a Preliminary Injunction [63] is stayed pending the completion of limited discovery. A status report on the progress of limited discovery is due 7/31/2026. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.