Exhibit 1



## 029 lacemylife.com

