Exhibit 2

**028 favomens.com**

BUY 5 GET 6TH FREE ! ✈FREE SHIPPING OVER $99.00

# FAVOMENS

English ⌄   🇺🇸 USD ⌄

New In   🔥 Best Seller   🌷 Spring 2026   100% Cotton Shirts   Pants   Cardigan Jacket   💕 Valentine's Day   Blazer   More links



## Retro Cute Dog Art Print Casual 100% Cotton Shirt

### $37.99

🏷 Buy 2 items and save 5% off
Buy 4 items and save 10% off
Buy 6 items and save 15% off

🎁 Spend $89 to get 1 free gift(s)   ›

**Color:** Multicolor

Multicolor

**Size:** S

| S | M | L | XL | 2XL | 3XL | 4XL | 5XL |

**Quantity**

−　1　+

Add to cart　-　$37.99

Buy now

PayPal    PayPal Pay Later

**AUTUMN BIG SALE** ⌃

BUY 2 GET 5% OFF   BUY 4 GET 10% OFF   BUY 6 GET 15% OFF

**Description** ⌃

**Product Details:**
Product ID:MT0140EKMX

**Style:** Casual
**Fit Type:**Regular
**Shirt Length:** Regular
**Sleeves Length:** Short sleeve
**Collar:** Shirt Collar
**Material:** Line Cotton
**Material Stretch:** No Stretch
**Pattern Type:**
**Weight:** 0.500kg
**Package:** 1 x shirt

| Size Guide For Men | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Men's | UK | US | EUR | Length | | Chest | | Hip | |
| | | | | cm | inch | cm | inch | cm | inch |
| S | 36 | 36~37 | 46 | 72 | 28 | 115 | 45 | 115 | 45 |
| M | 40 | 39~40 | 50 | 73 | 29 | 120 | 47 | 120 | 47 |
| L | 42 | 42 | 52 | 74 | 29 | 125 | 49 | 125 | 49 |
| XL | 44 | 44 | 54~56 | 75 | 30 | 132 | 52 | 132 | 52 |
| 2XL | 46~48 | 46~48 | 58 | 76 | 30 | 139 | 55 | 139 | 55 |
| 3XL | 52 | 52 | 62 | 76 | 30 | 149 | 59 | 149 | 59 |
| 4XL | 56 | 56 | 64 | 76 | 30 | 159 | 63 | 159 | 63 |
| 5XL | 64 | 64 | 72 | 76 | 30 | 179 | 70 | 179 | 70 |

You may also like



Retro Cute Dog Art Print Casual 100% Cotton Shirt
Color: Multicolor
Size: S
$37.99

| Gift Card / Coupon Code | Apply |

Subtotal $37.99
🚚 Delivery + $9.99

Total: USD $47.98



Express checkout

PayPal

Pay Later

OR

## Contact

Already have an account? Login

Email
O.o@gmail.com

☐ Email me with news and offers

## Shipping address

Your address will only be used for order delivery.

Country/Region
United States

First Name
O

Last Name
O

Street address & house number
111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town
Chicago

State
Illinois

ZIP code (optional)
60604-3589

███████████ 🇺🇸

☑ Save this information for next time.

## Shipping method

Standard Shipping $9.99

## Payment method

All transactions are secure and encrypted.

○ G Pay Google Pay — G Pay

○ Credit & Debit Card — VISA ⬤

● PayPal

After clicking "Complete order", you will be redirected to PayPal to complete your purchase securely.

○ Credit & Debit Card — VISA ⬤ AMEX +5

Complete Order

Case: 1:26-cv-05581 Document #: 81-2 Filed: 07/13/26 Page 5 of 9 PageID #:509

 **Magic Matrix Technology Co., LTD**      **−$47.98 USD**

9 April 2026 . Payment

**Paid with**

"PPPurchase"     $47.98 USD

▮▮▮▮▮▮

(VISA Prepaid Card x-▮▮▮▮
You'll see "PAYPAL
*MAGICMATRIX4VNN" on
your card statement.

**Ship to**

▮▮▮▮▮▮▮▮▮

1111 W 35th St
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

1CJ442255E511590H

**Seller info**

Magic Matrix Technology Co., LTD
**service@zhuoda.work**

**Invoice ID**

1973885-LSCAS21830

**Order summary**

 Retro Cute Dog Art Print    $37.99 USD
Casual 100% Cotton Shirt
/ Multicolor-S
Product ID: 103-250225-
23-MT0140EKMX-
Multicolor-S

| Shipping | **$9.99 USD** |
|---|---|
| **Total** | **$47.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **6 October 2026**. You may be **eligible for purchase protection**

**029 lacemylife.com**

🎁 FIRST ORDER 10% OFF！ CODE:NEW10✈FREE SHIPPING OVER $79.00

## LACEMYLIFE

English ⌄    🇺🇸 USD ⌄

✨ New In    🔥 Best Seller    🌸 Spring 2026    ⭐ Denim Essentials    💕 Weekly Trending    🍑 Women's    🔥 Men's    More links



### Women's Funny Dog Print Casual Top

**$24.99**

🏷 Buy 2 items and save 5% off

🎁 Spend $69 to get 1 free gift(s)    ›

**Color:** Multicolor

Multicolor

**Size:** S

| S | M | L | XL | 2XL | 3XL | 4XL | 5XL |

**Quantity**

−  1  +

Add to cart  -  $24.99

Buy now

PayPal    PayPal Pay Later

**Store Discounts**    ⌃

**Description**    ⌃

**Product Details:**
Product ID:MT00712597

**Gender:** For Women&Men
**Style:** Casual
**Fit Type:**Fit
**Shirt Length:** Regular
**Sleeves Length:** short sleeve
**Collar:** Round Collar
**Material:** Mixed Cotton
**Material Stretch:**Middle Stretch
**Pattern Type:**
**Weight:** 0.100kg
**Package:** 1 x T-shirt



Women's Sunny Dog Print Casual Top — $24.99
Color: Multicolor
Size: S

| Gift Card / Coupon Code | Apply |

Subtotal — $24.99
Delivery — + $9.99

Total: — USD **$34.98**



Express checkout

PayPal

Pay Later

OR

**Contact**   Already have an account? Login

Email
O.o@gmail.com

☐ Email me with news and offers

**Shipping address**
Your address will only be used for order delivery.

Country/Region
United States

First Name
O

Last Name
O

Street address & house number
111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town
Chicago

State
Illinois

ZIP code
60604-3589

☑ Save this information for next time.

**Shipping method**

Standard Shipping — $9.99

**Payment method**
All transactions are secure and encrypted.

◉ PayPal   Pay by credit card or debit card through PayPal

You will be redirected to PayPal or credit/debit card to complete your purchase securely.

○ Credit & Debit Card   VISA, Mastercard, AMEX +5

○ G Pay   Google Pay   G Pay

○ Credit & Debit Card   VISA, Mastercard

PayPal

Pay Later

Debit or Credit Card

Powered by PayPal

 **Magic Matrix Technology Co., LTD**
8 April 2026 . Payment

**−$34.98 USD**

**Paid with**

"PPPurchase"

████████

(VISA Prepaid Card x-████
You'll see "PAYPAL
*MAGICMATRIX4VNN" on
your card statement.

$34.98 USD

**Ship to**

████████████

1111 W 35th St
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

03M898626B941100C

**Seller info**

Magic Matrix Technology Co., LTD
**service@zhuoda.work**

**Invoice ID**

1974012-LCEMQH41914

**Order summary**

 Women's Funny Dog Print
Casual Top / Multicolor-S
Product ID: 223-250221-
a27-MT00712597-
Multicolor-S

$24.99 USD

| | |
|---|---|
| Shipping | **$9.99 USD** |
| Total | **$34.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **5 October 2026**. You may be
**eligible for purchase protection**