**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**Ex. C**

ALISON FRIEND,

        Plaintiff,

        v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

        Defendants.

Case No.: 1:26-cv-05581

Judge Charles P. Kocoras

Magistrate Judge Beth W. Jantz

**PLAINTIFF'S FIRST SET OF ADMISSIONS TO**
**DEFENDANT NOS. 28 FAVOMENS.COM AND 29 LACEMYLIFE.COM**

Plaintiff, ALISON FRIEND ("Friend" or "Plaintiff"), pursuant to Rules 26 and 36 of the

Federal Rules of Civil Procedure, by and through Plaintiff's counsel, hereby requests that

Defendant Nos. 28 favomens.com and 29 lacemylife.com in Schedule A to the Complaint

(collectively, "Defendant"), answer the following Requests for Admissions, separately and fully

in writing under oath, within thirty (30) calendar days of receipt hereof.

**DEFINITIONS AND INSTRUCTIONS**

1.      In addition to the definitions and instructions set forth in Fed. R. Civ. P. 36, the

following definitions and instructions apply to the Requests for Admissions set forth above and

should be considered as part of each such request:

2.      These Requests are addressed to Defendant and (a) its present or former directors,

officers, employees, agents, representatives, accountants, investigators, consultants, attorneys, and

predecessors or successors in interest and any parent, subsidiary, or affiliated entities; (b) any other

person acting on Defendant's behalf or on whose behalf Defendant acted; and (c) any other person

1

otherwise controlled by Defendant, or which controls Defendant, or which is under common control with Defendant.

3. As used herein, "Plaintiff" shall mean, unless otherwise indicated, the Plaintiff identified in the above caption, any of Plaintiff's officers, directors, employees, agents, and representatives, and all persons acting on Plaintiff's behalf.

4. As used herein, "Defendant" or "Defendants" or "You" or "Your" or "Yourself" shall be deemed to include the named owner(s) and/or operator(s) of the favomens.com and lacemylife.com domain names listed as Defendant Nos. 28 and 29 in Schedule A to the Complaint, Magic Matrix Technology, Co. Ltd. ("Magic Matrix"), Tang Jing, and (a) its present or former directors, officers, employees, agents, representatives, accountants, investigators, consultants, contractors, attorneys, and predecessors or successors in interest and any parent, subsidiary, or affiliated entities; (b) any other person acting on Defendant's behalf, or on whose behalf Defendant acted; and (c) any other person otherwise controlled by Defendant, or which controls Defendant, or which is under common control with Defendant.

5. As used herein, "Defendant's E-commerce Store(s)" shall be deemed to include at least Your e-commerce stores operating the favomens.com and lacemylife.com domain names listed in Schedule A to the Complaint, the additional websites owned, operated, or otherwise controlled by Magic Matrix referenced in paragraph 3 of the Jing Declaration [63-1], the zhuoda.work website identified in the PayPal Records, and any other website, domain name, online marketplace account, or e-commerce storefront owned, operated, or otherwise controlled by Defendant, and any companies that own, operate, or otherwise control the e-commerce stores.

6. As used herein, "Defendant's E-Mail Addresses" shall be deemed to include any e-mail addresses used in connection with Defendant's E-commerce Store(s), including any e-mail address

at the favomens.com or lacemylife.com domains, the stylesmg@outlook.com, coolwaremg@outlook.com, and gloriousws@outlook.com e-mail addresses identified in the PayPal Records, any e-mail address used to register, operate, or receive notices for any of Defendant's Financial Accounts, and any companies that own, operate, or otherwise control the aforementioned e-mail addresses.

7. As used herein, the "Alison Friend Works" or "Plaintiff's Copyrights" refer to the works protected by United States Copyright Registration Nos. VA 2-382-904; VA 2-382-902; VA 2-413-134; VA 2-413-347; VA 2-388-383; VA 2-413-112; VA 2-382-725; VA 2-388-382; VA 2-388-391; VA 2-382-907; VA 2-413-118; VA 2-412-957; and VA 2-413-115, including without limitation Registration Nos. VA 2-388-391 and VA 2-413-118. See Exhibit 1 to Plaintiff's Complaint [1].

8. As used herein, the "Accused Products" means or refers to the two shirt designs identified in paragraph 5 of the Jing Declaration [63-1]; the products shown in the listings captured in **Attachment 1**, including the "Retro Cute Dog Art Print Casual 100% Cotton Shirt" offered on favomens.com and the "Women's Funny Dog Print Casual Top" offered on lacemylife.com; the products identified by Item SPU Nos. 223-250221-a27 and 103-250225-23 in the Sales Summary [63-2]; and any other product advertised, distributed, offered for sale, or sold by Defendant that reproduces, copies, displays, or is derived from any of the Alison Friend Works. "Infringing Products" means or refers to any product advertised, distributed, offered for sale, or sold by Defendant using, relating to, featuring, incorporating, or derived from any of the Alison Friend Works as defined above.

9. As used herein, "Financial Accounts" shall be deemed to include any accounts relating to any banks, savings and loan associations, payment processors, or other financial

institutions, including, without limitation, PayPal, Inc. ("PayPal"), including the PayPal Accounts, or other merchant account providers, payment providers, third party payment processors, and credit card associations (e.g., MasterCard and Visa Inc.) which receive payments or hold assets for Defendant.

10. As used herein, the "Jing Declaration" shall mean the Declaration of Tang Jing filed in support of the Opposition of Defendants 28 and 29 to Plaintiff's Motion for a Preliminary Injunction [63-1], including Exhibit A thereto [63-2].

11. As used herein, the "Sales Summary" shall mean the one-page sales summary attached as Exhibit A to the Jing Declaration [63-2], including the screenshots depicted therein.

12. As used herein, "**Attachment 1**" shall mean Attachment 1 to Plaintiff's First Set of Requests for Admission, consisting of captures of Defendant's product listings and checkout pages for the favomens.com and lacemylife.com Defendant E-commerce Stores shown alongside the Alison Friend Works protected by U.S. Copyright Registration Nos. VA 2-388-391 and VA 2-413-118.

13. As used herein, the "PayPal Records" shall mean the account records produced by PayPal, Inc. in this Lawsuit pursuant to the expedited discovery authorized in the Temporary Restraining Order [18].

14. As used herein, the "PayPal Accounts" shall mean PayPal Account Nos. 5619307003249283930 and 5613148398520340709, through which Defendant received funds for sales made through the favomens.com and lacemylife.com Defendant E-commerce Stores, including the account(s) referenced in paragraphs 4, 8, and 9 of the Jing Declaration [63-1] and the PayPal Records, and any other PayPal account owned, operated, or otherwise controlled by Defendant.

15. As used herein, the "Asset Restraint Orders" shall mean the Temporary Restraining Order [18], the Order Extending the Temporary Restraining Order [27], the Agreed Asset Restraint Order [37], and the Preliminary Injunction Order [48] entered in this Lawsuit.

16. "Communication" shall include all exchanges of information, written or oral, including, without limitation, memoranda, telephone conversations, electronic mail, computer discs, documents, and telegrams.

17. These requests for admission are continuing and require further answer and supplementation, as provided by Fed. R. Civ. P. 26(e).

18. "Lawsuit" or "Litigation" shall mean the above-captioned lawsuit filed in the U.S. District Court for the Northern District of Illinois.

19. "Complaint" shall mean the Complaint filed by Plaintiff in the Lawsuit, as well as any subsequently filed complaints by Plaintiff.

20. The singular form of a word should be interpreted in the plural, as well. Any pronoun shall be construed to refer to the masculine, feminine, or neuter gender as in each case is most appropriate. The words "and" and "or" shall be construed conjunctively or disjunctively, whichever makes the request most inclusive.

21. Unless you properly object to a request, you must, under Federal Rule of Civil Procedure 36, admit, specifically deny, or state in detail why you cannot truthfully admit or deny each of the following requests based on knowledge and information in your possession, custody or control, or in the possession, custody or control of your representatives, agents, or attorneys. If you do not respond to each of these requests within thirty (30) days, the requests will be deemed admitted under Federal Rule of Civil Procedure 36.

22. If you object to or refuse to answer any request for admission on the ground that

the answer reflects or would reveal the substance of a confidential or privileged communication, please provide a privilege log and identify the following:

    a. the nature of the privilege claimed;

    b. the person who made the communication, whether oral or in writing;

    c. if the communication was oral, all persons present during the communication;

    d. if the communication was written, the author, addresses, and any other recipients;

    e. the relationship of the author of the communication to each recipient;

    f. the relationship of the persons present to the person who made the communication;

    g. the date and place of the communication;

    h. the general subject matter of the communication; and

    i. other information sufficient to enable a full assessment of the applicability of the privilege claims, as required by FRCP 26(b)(5), the court's local rules, and the judge's individual practice rules.

23.      These requests for admission are continuing in nature. If you receive or otherwise become aware of information that would change your answer to any of these requests for admission after you have served your response, you must comply with Federal Rules of Civil Procedure 26(e) and 36(b) by promptly supplementing your answers or filing the appropriate motion.

# REQUESTS FOR ADMISSION

**Request for Admission 1:** Admit that Plaintiff owns the Alison Friend Works, including United States Copyright Registration Nos. VA 2-388-391 and VA 2-413-118. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 2:** Admit that the copyright registration certificates attached as Exhibit 1 to the Complaint [1] are true and correct copies of the certificates issued by the Register of Copyrights. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 3:** Admit that You own, operate, or otherwise control the favomens.com Defendant E-commerce Store identified as Defendant No. 28 in Schedule A to the Complaint. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 4:** Admit that You own, operate, or otherwise control the lacemylife.com Defendant E-commerce Store identified as Defendant No. 29 in Schedule A to the Complaint. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 5:** Admit that Magic Matrix owns, operates, or otherwise controls both the favomens.com and lacemylife.com Defendant E-commerce Stores. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 6:** Admit that Tang Jing is the Chief Executive Officer of Magic Matrix. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 7:** Admit that Magic Matrix owns, operates, or otherwise controls e-commerce websites in addition to the favomens.com and lacemylife.com Defendant E-commerce Stores. To the extent that any of your responses to this request for admissions is not an unqualified

admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 8:** Admit that the favomens.com and lacemylife.com Defendant E-commerce Stores share common ownership, management, and operational control. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 9:** Admit that the PayPal Accounts are registered to, owned by, or controlled by Magic Matrix. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 10:** Admit that You did not obtain any license, authorization, permission, agreement, or contract from Plaintiff to reproduce, distribute, display, or create derivative works of any of the Alison Friend Works. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 11:** Admit that You have not remitted any royalties, fees, or other payments to Plaintiff for use of the Alison Friend Works in connection with any Infringing Products, including the Accused Products, advertised, offered for sale, or sold through Defendant's E-commerce Stores. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 12:** Admit that the Accused Products bear reproductions of, or images derived from, one or more of the Alison Friend Works. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 13:** Admit that You did not create the artwork depicted on the Accused Products. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 14:** Admit that **<u>Attachment 1</u>** identifies Your product listings and the Accused Products. To the extent that any of your responses to this request for admissions is not an

unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 15:** Admit that You offered for sale the product titled "Retro Cute Dog Art Print Casual 100% Cotton Shirt" at a price of $37.99 in U.S. dollars through the favomens.com Defendant E-commerce Store, as shown in **Attachment 1**. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 16:** Admit that You offered for sale the product titled "Women's Funny Dog Print Casual Top" at a price of $24.99 in U.S. dollars through the lacemylife.com Defendant E-commerce Store, as shown in **Attachment 1**. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 17:** Admit that the artwork depicted on the product shown in the favomens.com listing in **Attachment 1** is identical or substantially similar to the Alison Friend Work protected by U.S. Copyright Registration No. VA 2-388-391. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 18:** Admit that the artwork depicted on the product shown in the lacemylife.com listing in **<u>Attachment 1</u>** is identical or substantially similar to the Alison Friend Work protected by U.S. Copyright Registration No. VA 2-413-118. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 19:** Admit that, as shown in **<u>Attachment 1</u>**, Defendant's E-commerce Stores accepted a Chicago, Illinois shipping address at checkout for the Accused Products. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 20:** Admit that, as shown in **<u>Attachment 1</u>**, Defendant's E-commerce Stores offered PayPal as a payment method at checkout. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 21:** Admit that You did not conduct any prior research or due diligence to determine whether You were authorized to advertise, offer for sale, or sell products, including any Infringing Products and the Accused Products, bearing or derived from any of the Alison Friend Works. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 22:** Admit that You did not conduct any searches using images or videos to determine whether the products You listed for sale infringed upon any intellectual property rights. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 23:** Admit that You do not have any procedures in place to determine whether You have the right to use third-party artwork, including the Alison Friend Works, in connection with the marketing, advertising, offering for sale, and sale of goods. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 24:** Admit that You advertised and/or offered for sale products, including Infringing Products and the Accused Products, to consumers in the United States, including Illinois. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 25:** Admit that You sold at least one Accused Product within the United States. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 26:** Admit that You sold at least three Accused Products through Defendant's E-commerce Stores, as stated in paragraph 7 of the Jing Declaration. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 27:** Admit that You shipped Infringing Products, including the Accused Products, to consumers with United States addresses, including Illinois. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all

documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 28:** Admit that You accepted money from the sale of Infringing Products, including the Accused Products, from buyers with United States addresses. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 29:** Admit that You accepted money from the sale of Infringing Products, including the Accused Products, from buyers with Illinois addresses. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 30:** Admit that the Accused Products had the option to ship and complete delivery to buyers within the United States, including Illinois. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 31:** Admit that Defendant's E-commerce Store(s) did not exclude shipping to the United States. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 32:** Admit that Defendant's E-commerce Store(s) did not exclude shipping to Illinois. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 33:** Admit that the prices for products listed on Defendant's E-commerce Store(s) are displayed in U.S. dollars. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 34:** Admit that You chose to offer to sell products, including Infringing Products and the Accused Products, to consumers in the United States when setting up Defendant's E-commerce Store(s). To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 35:** Admit that You chose to sell products on the internet via the Defendant E-commerce Store(s) to target consumers within the United States, including Illinois. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 36:** Admit that when a consumer purchases Your products through the Defendant E-commerce Store(s), they receive emails related to their purchase. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 37:** Admit that when a customer places an order with Defendant's E-commerce Store(s), You receive a Communication documenting the purchase. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 38:** Admit that when a customer places an order through Defendant's E-commerce Store(s), that customer would receive a tracking number to track the shipment of their purchase. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 39:** Admit that the tracking and shipping of products sold through the Defendant E-commerce Store(s) is handled by one or more third-party service providers with shipping and fulfillment operations across the United States, including within Illinois. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 40:** Admit that Defendant has engaged in marketing or advertising efforts that were accessible to residents of Illinois. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 41:** Admit that Defendant's internet listings for products, including the Accused Products, are accessible to residents of Illinois and the United States. To the extent that

any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 42:** Admit that Defendant purposefully directed business activities to Illinois and the United States by offering products for sale on Defendant's E-commerce Stores. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 43:** Admit that Defendant has utilized payment processors or financial institutions within the United States to facilitate transactions involving customers in Illinois. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 44:** Admit that Defendant has utilized payment processors or financial institutions within the United States to facilitate transactions involving customers in the United States. To the extent that any of your responses to this request for admissions is not an unqualified

admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 45:** Admit that You use multiple e-mail addresses, including the Defendant's E-mail Addresses, in connection with the Defendant's E-commerce Store(s). To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 46:** Admit that the e-mail address flowerws@outlook.com was created, registered, or used by You or on Your behalf. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 47:** Admit that the e-mail address happydaymg@outlook.com was created, registered, or used by You or on Your behalf. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 48:** Admit that the e-mail address bellesmg@outlook.com was created, registered, or used by You or on Your behalf. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 49:** Admit that the e-mail address beautws@outlook.com was created, registered, or used by You or on Your behalf. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 50:** Admit that the e-mail address mgcloth@outlook.com was created, registered, or used by You or on Your behalf. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 51:** Admit that the e-mail address goodclothmg@outlook.com was created, registered, or used by You or on Your behalf. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 52:** Admit that the e-mail address gloriousws@outlook.com was created, registered, or used by You or on Your behalf. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 53:** Admit that the e-mail address fashionsmg@outlook.com was created, registered, or used by You or on Your behalf. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 54:** Admit that the e-mail address excitedmg@outlook.com was created, registered, or used by You or on Your behalf. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 55:** Admit that the e-mail address zhuodasz@outlook.com was created, registered, or used by You or on Your behalf. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 56:** Admit that You use multiple advertising channels and social media accounts in connection with products sold through the Defendant E-commerce Store(s). To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 57:** Admit that You use multiple Financial Accounts, including the PayPal Accounts, in connection with the operation of the Defendant E-commerce Store(s). To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 58:** Admit that the PayPal Accounts are registered by You and are used for transactions related to Defendant's E-commerce Stores. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 59:** Admit that the PayPal Accounts received payments for sales of the Accused Products. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 60:** Admit that PayPal Account No. 5619307003249283930, as reflected in the PayPal Records, is registered to Tang Jing under the business name 魔力矩阵（深圳）科技有限公司 (Magic Matrix (Shenzhen) Technology Co., Ltd.) with the e-mail address stylesmg@outlook.com. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 61:** Admit that PayPal Account No. 5619307003249283930 held an account balance of US $167,796.10, as reflected in the PayPal Records. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 62:** Admit that PayPal Account No. 5619307003249283930 is linked to bank accounts at JPMORGAN CHASE BANK, NA, INTERNATIONAL BANK OF CHICAGO,

and COMMUNITY FEDERAL SAVINGS BANK, each located in the United States, as reflected in the PayPal Records. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 63:** Admit that INTERNATIONAL BANK OF CHICAGO is a financial institution located in Illinois. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 64:** Admit that PayPal Account No. 5613148398520340709, as reflected in the PayPal Records, is registered to Tang Jing under the business name 魔力矩阵（深圳）科技有限公司 (Magic Matrix (Shenzhen) Technology Co., Ltd.) with the e-mail address coolwaremg@outlook.com. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 65:** Admit that PayPal Account No. 5613148398520340709 is registered by You and used for transactions related to Defendant's E-commerce Stores. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all

documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 66:** Admit that PayPal Account No. 5613148398520340709 held an account balance of US $219,317.86, as reflected in the PayPal Records. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 67:** Admit that US $5,250,965.00 in total payments have been sent from PayPal Account No. 5613148398520340709, as reflected in the PayPal Records. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 68:** Admit that the combined account balances of the PayPal Accounts reflected in the PayPal Records total US $387,113.96. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 69:** Admit that PayPal Account No. 5613148398520340709 lists the URL zhuoda.work, as reflected in the PayPal Records. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 70:** Admit that zhuoda.work is a website owned, operated, or otherwise controlled by You. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 71:** Admit that PayPal Account No. 5613148398520340709 is linked to a bank account at US Bank held in the name of Debbie Horne, as reflected in the PayPal Records. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 72:** Admit that credit cards held in the name of Debbie Horne or Debra Horne, issued by CHASE, CITIBANK N.A., and AMERICAN EXPRESS, are or have been linked to PayPal Account No. 5613148398520340709, as reflected in the PayPal Records. To the extent

that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 73:** Admit that Debbie Horne (also identified as Debra Horne) is not an officer, director, or employee of Magic Matrix. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 74:** Admit that Tang Jing is also the registered user of PayPal Account No. 4835570778797577690, as reflected in the PayPal Records, registered under the business name 深圳市梅朵电子商务有限公司 (Shenzhen Meiduo E-commerce Co., Ltd.) with the credit card statement name WINTERSWEET. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 75:** Admit that the account balance of PayPal Account No. 5619307003249283930 reflected in the PayPal Records exceeds the total revenue Defendant claims to have generated from sales of the Accused Products. To the extent that any of your

responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 76:** Admit that more than $1,000,000 has been received through the PayPal Accounts, as acknowledged in Defendants' Motion to Dismiss [53] at 1. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 77:** Admit that the PayPal Accounts have been used in connection with e-commerce stores and websites other than the favomens.com and lacemylife.com Defendant E-commerce Stores. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 78:** Admit that You have transferred funds from the PayPal Accounts to bank accounts located in China. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 79:** Admit that funds received from sales of the Accused Products are commingled in the PayPal Accounts with funds received from sales of other products, as described in paragraph 4 of the Jing Declaration. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 80:** Admit that You have not produced a complete transaction log identifying every sale contributing to the funds held in the PayPal Accounts. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 81:** Admit that the Sales Summary was not generated from PayPal records. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 82:** Admit that the Sales Summary does not identify all sales made through the PayPal Accounts. To the extent that any of your responses to this request for

admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 83:** Admit that the Sales Summary does not identify all products sold through Defendant's E-commerce Stores. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 84:** Admit that the Sales Summary does not identify the software, system, or application from which the screenshots depicted in it were captured. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 85:** Admit that Magic Matrix sold three Accused Shirts generating total revenue of less than $100.00, as stated in paragraph 7 of the Jing Declaration. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 86:** Admit that Defendants' Opposition [63] at 1 states that Magic Matrix's sales of the accused products "generat[ed] approximately $100 in revenue." To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 87:** Admit that the Sales Summary shows a total order amount of $95.2725. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 88:** Admit that Magic Matrix sells more than 10,000 different products, as stated in paragraph 3 of the Jing Declaration. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 89:** Admit that the funds within the PayPal Accounts are attributable to many products sold by Magic Matrix across many online platforms, as stated in paragraph 4 of the Jing Declaration. To the extent that any of your responses to this request for admissions is not an

unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 90:** Admit that You did not stop offering the Accused Products for sale until after Your PayPal account was frozen pursuant to the Temporary Restraining Order [18]. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 91:** Admit that You are able to relist the Accused Products for sale on Defendant's E-commerce Stores at any time. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 92:** Admit that You have not entered into any judicially enforceable covenant or agreement not to resume advertising, offering for sale, or selling the Accused Products. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 93:** Admit that, before this Lawsuit, You were aware of Plaintiff and/or the Alison Friend Works. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 94:** Admit that Defendant has been involved in at least one prior intellectual property (e.g., patent, copyright, trademark, trade secret, etc.) infringement lawsuit as a defendant. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 95:** Admit that You are not, and have never been, authorized by Plaintiff to act as a licensee, distributor, or retailer of any products bearing the Alison Friend Works. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 96:** Admit that You have used one or more payment processors, payment aggregators, or money-services businesses other than PayPal (including, without limitation,

Airwallex, PingPong, Payoneer, WorldFirst, Stripe, LianLian Global, Alipay, or WeChat Pay) to receive or process payments for sales through Defendant's E-commerce Stores. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 97:** Admit that the funds restrained pursuant to the Asset Restraint Orders include proceeds of sales made through websites or Financial Accounts other than the favomens.com and lacemylife.com Defendant E-commerce Stores. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**


**Request for Admission 98:** Admit that the additional websites owned, operated, or otherwise controlled by Magic Matrix referenced in paragraph 3 of the Jing Declaration used one or more of the PayPal Accounts, or other Financial Accounts identified in the PayPal Records, to process or receive payments. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

**Request for Admission 99:** Admit that neither the Jing Declaration nor the Sales Summary identifies all sales, products, websites, or Financial Accounts contributing to the funds restrained pursuant to the Asset Restraint Orders. To the extent that any of your responses to this request for admissions is not an unqualified admission, identify all documents memorializing each such fact, and identify all persons with knowledge of each such fact.

**Response:**

Dated: July 17, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, a true and correct copy of the foregoing document was sent via electronic mail to the following:

Michael T. Griggs
BOYLE FREDRICKSON S.C.
840 N. Plankinton Ave.
Milwaukee, WI 53203
mtg@boylefred.com

*/s/ Keith A. Vogt*
Keith A. Vogt
***ATTORNEY FOR PLAINTIFF***

# ATTACHMENT 1

to Plaintiff's First Set of Requests for Admission to
Defendant Nos. 28 favomens.com and 29 lacemylife.com

*Captures of Defendant's product listings and checkout pages (favomens.com and lacemylife.com)*

2/26/26, 4:32 PM                                                    FAVOMENS

**BUY 5 GET 6TH FREE ! ✈FREE SHIPPING OVER $99.00**

## FAVOMENS

English ⌄    🇺🇸 USD ⌄    👤    🛒

New In   🔥 Best Seller   🏆 Spring 2026   100% Cotton Shirts   Pants   Cardigan Jacket   💕 Valentine's Day   Blazer   More links

### Retro Cute Dog Art Print Casual 100% Cotton Shirt

**$37.99**

⊗ Buy 2 items and save 5% off
Buy 4 items and save 10% off
Buy 6 items and save 15% off

Spend $89 to get 1 free gift(s)                    ›

**Color:** Multicolor

Multicolor

**Size:** S

| S | M | L | XL | 2XL | 3XL | 4XL | 5XL |

**Quantity**

−  1  +

Add to cart  -  $37.99

Buy now

**PayPal**          **P** Pay Later

AUTUMN BIG SALE                                    ⌃

## FAVOMENS

**Express checkout**

**PayPal**

**P** Pay Later

─────── OR ───────

**Contact**                    Already have an account? Login

Email
O.o@gmail.com                                      ?

☐ Email me with news and offers

**Shipping address**
Your address will only be used for order delivery.

Country/Region
United States                                      ⌄

First Name                    Last Name
O                             O

Street address & house number
111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town
Chicago

State                         ZIP code (optional)
Illinois                  ⌄   60604-3589

▓▓▓▓▓▓▓▓▓▓▓▓                              🇺🇸 ⌄

☑ Save this information for next time.

|  | Retro Cute Dog Art Print Casual 100% Cotton Shirt | $37.99 |
|---|---|---|
|  | Color: Multicolor  Size: S |  |

Gift Card / Coupon Code                    Apply

Subtotal                                   $37.99

🚚 Delivery                                + $9.99

Total:                                     $47.98

**VA 2-388-391**



# 029 lacemylife.com

🎁 FIRST ORDER 10% OFF！ CODE:NEW10✈FREE SHIPPING OVER $79.00

## LACEMYLIFE

English ⌄   🇺🇸 USD ⌄

✨ New In    🔥 Best Seller    🌸 Spring 2026    ⭐ Denim Essentials    💕 Weekly Trending    🐾 Women's    🕺 Men's    More links

### Women's Funny Dog Print Casual Top

**$24.99**

❌ Buy 2 items and save 5% off

Spend $69 to get 1 free gift(s)    ›

**Color:** Multicolor

Multicolor

**Size:** S

| S | M | L | XL | 2XL | 3XL | 4XL | 5XL |

Quantity

−  1  +

Add to cart - $24.99

Buy now

**PayPal**          **P** Pay Later

Store Discounts    ⌃

---

## LACEMYLIFE

### Express checkout

**PayPal**

**P** Pay Later

— OR —

#### Contact
Already have an account? Login

Email
O.o@gmail.com    ?

☐ Email me with news and offers

#### Shipping address
Your address will only be used for order delivery.

Country/Region
United States

First Name: O    Last Name: O

Street address & house number
111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town
Chicago

State: Illinois    ZIP code: 60604-3589

🇺🇸 ⌄

☑ Save this information for next time.

#### Shipping method

---

Women's Funny Dog Print Casual Top    $24.99
Color: Multicolor
Size: S

Gift Card / Coupon Code    Apply

Subtotal    $24.99

🚚 Delivery    + $9.99

Total:    USD **$34.98**

## VA 2-413-118

