**KEITH A. VOGT, PLLC**
**INTELLECTUAL PROPERTY LAW**

1820 NE 163RD STREET, SUITE 306
NORTH MIAMI BEACH, FLORIDA
33162
TELEPHONE: 312.971.6752
E-MAIL: KEITH@VOGTIP.COM
WWW.VOGTIP.COM

**Ex. F**

**VIA ELECTRONIC MAIL**

July 29, 2026

Michael T. Griggs, Esq.
Geoffrey J. Behr, Esq.
BOYLE FREDRICKSON S.C.
mtg@boylefred.com; GJB@boylefred.com

**Re: *Alison Friend v. The Partnerships and Unincorporated Associations Identified on Schedule "A,"* No. 1:26-cv-05581 (N.D. Ill.) — Notice that Plaintiff's First Set of Requests for Admission Is Deemed Admitted**

Dear Mr. Griggs:

Plaintiff served her First Set of Requests for Admission on Defendant Nos. 28 favomens.com and 29 lacemylife.com ("Magic Matrix") on **July 17, 2026**. The set comprised ninety-nine requests, Nos. 1 through 99.

On **July 24, 2026**, Magic Matrix served a three-page general objection. It contains no answer to any request, no specific objection addressed to any request, and no verification. It states that Magic Matrix "objects to the Interrogatories and RFAs on the grounds above, which should be considered Magic Matrix's full and complete response to those requests," and that "[n]o RFAs are to be deemed admitted."

Rule 36(a)(3) provides:

> "A matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection **addressed to the matter** and signed by the party or its attorney."

Rule 36(a)(4) requires that an answer "admit or deny the matter" or "state in detail why the answering party cannot truthfully admit or deny it," and Rule 36(a)(5) requires that "[t]he grounds for objecting to a request must be stated."

A single general objection directed collectively at 201 discovery requests combined is not an answer or an objection "addressed to the matter" as to any of the ninety-nine Requests for

1

Admission. Nor can a responding party avoid the operation of Rule 36(a)(3) by declaring that its consequence does not apply.

**Accordingly, Plaintiff gives notice that Requests for Admission Nos. 1 through 99 are admitted by operation of Rule 36(a)(3),** and that under Rule 36(b) each "is conclusively established unless the court, on motion, permits the admission to be withdrawn or amended." Plaintiff will proceed on that basis in briefing on the preliminary injunction, in her July 31, 2026, status report to the Court, and at any hearing or trial.

If Magic Matrix intends to seek relief under Rule 36(b), please advise by 5:00 p.m. Central on July 30, 2026, and identify the schedule on which it will move. Plaintiff will address any such motion on its merits.

This notice supplements, and does not replace, the deficiency letter of July 29, 2026, and Plaintiff's request to confer under Local Rule 37.2. Plaintiff reserves all rights.

Very truly yours,

*/s/ Keith A. Vogt*
Keith A. Vogt

*Counsel for Plaintiff Alison Friend*

2