## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ALISON FRIEND, | |
| Plaintiff, | Case No.: 1:26-cv-05581 |
| v. | Judge Charles P. Kocoras |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Beth W. Jantz |
| Defendants. | |

## STATUS REPORT

Plaintiff, ALISON FRIEND ("Plaintiff"), files this status report solely on behalf of Plaintiff.

On July 23, 2026, Plaintiff filed a status report regarding Plaintiff's investigation of the defendants' addresses pursuant to this Court's Minute Entry Order [64], and requesting an additional twenty-one (21) days to file a renewed motion for default judgment or status report. *See* [84].

Plaintiff has begun finalizing her analysis of defendants' addresses and the applicability of the Hague Convention as discussed in *Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co.*, Ltd., No. 25-2205 (7th. Cir. May 29, 2026). However, since Plaintiff's prior status report [84], several defendants have contacted Plaintiff's counsel to discuss settlement. Plaintiff therefore requests an additional thirty (30) days to file a renewed motion so that Plaintiff can continue settlement negotiations and, if appropriate, dismiss these defendants.

1

DATED: August 13, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 13, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt