**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ALISON FRIEND,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-05581

Judge Charles P. Kocoras

Magistrate Judge Beth W. Jantz

# STATUS REPORT

Plaintiff, ALISON FRIEND ("Plaintiff"), files this status report solely on behalf of Plaintiff pursuant to Minute Entry Order [91].

On August 13, 2026, Plaintiff filed a status report regarding Plaintiff's investigation of the defendants' addresses pursuant to this Court's Minute Entry Order [64], and requesting an additional thirty (30) days to continue settlement negotiations before filing a renewed motion for default judgment or stipulation of dismissal. *See* [91]. Since then, Plaintiff has settled with and dismissed these Defendants. *See* [99]. The only Defendants remaining in this case are those who appeared through counsel and filed an appropriate response: Defendant Nos. 22 amoiss.com, 28 favomens.com, and 29 lacemylife.com. Accordingly, Plaintiff does not currently anticipate filing a renewed motion for default judgment at this time.

DATED: September 14, 2026

Respectfully submitted,
*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com
***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 14, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt