**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ALISON FRIEND,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-05581

Judge Charles P. Kocoras

Magistrate Judge Beth W. Jantz

# ORDER

Consistent with the Court's October 22, 2026 order [103] (the "Order") in Case No. 26-cv-5581, the Clerk of Court is directed to open a new case entitled Alison Friend v. aomiss.com.

1. The claims against Defendant No. 22 aomiss.com are severed under Fed. R. Civ. P. 21. They are not dismissed or dropped. The severed action, *Alison Friend v. aomiss.com*, is a continuation of this action as to aomiss.com, is deemed commenced on May 14, 2026, and shall proceed before this Court and Magistrate Judge Jantz as a related case. Plaintiff's claims against aomiss.com remain pending without interruption.

2. The Clerk shall docket in the severed action copies of the following filings from this action: the Complaint [1] and Schedule A [2]; the Temporary Restraining Order [18] and the Order Extending the Temporary Restraining Order [27]; the Surety Bond [22]; Plaintiff's Motion for Preliminary Injunction and supporting memorandum [28], [29]; the attorney appearances for aomiss.com [42], [43]; aomiss.com's motion for leave to file its opposition [44] and the minute entries at [46] and [47]; aomiss.com's Response [49] and the Declaration of Xinyu Zou and its exhibits [50]; Plaintiff's Reply and its exhibits [68]; the Court's Order [103]; and the Preliminary

Injunction Order [108]. All other filings in this action concerning aomiss.com will be deemed part of the record of the severed action.

3. The preliminary injunction as to aomiss.com [108], including the asset restraint of $38.48, and the bond posted by Plaintiff [22] will remain in full force and effect in the severed action until further order of the Court, and severance would not constitute a final disposition of Plaintiff's claims against aomiss.com. Plaintiff's ability to move to modify the asset restraint, should discovery uncover additional profits, will likewise carry into the severed action.

5. Payment of the filing fee is an administrative step in opening the severed docket and is not a condition of the continued pendency of Plaintiff's claims or of the orders identified above. Within seven (7) days after the Clerk assigns a case number to the severed action, Plaintiff will pay the filing fee and file in that action an amended complaint limited to her claims against aomiss.com. The amended complaint would relate back to May 14, 2026, however, Plaintiff should effect service consistent with the holding in *Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co.*, 177 F.4th 793, 800–02 (7th Cir. 2026). Defendant aomiss.com would answer or otherwise respond within the time provided by Federal Rule of Civil Procedure 15(a)(3).

6. Upon the docketing of the severed action and of the filings identified in Paragraph 2, the Clerk shall terminate aomiss.com as a party to this action.

It is so ordered.

ENTERED:

Charles P. Kocoras

Charles P. Kocoras
United States District Judge

November 10, 2026